## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Timothy L. Billig<br>           Teresa M. Billig<br>                              Debtor(s) | CHAPTER 12 |
| United States of America, Acting through USDA, Farm Service Agency, a successor agency to the Farmers Home Administration, United States Department of Agriculture, its successors and/or assigns<br>                              Movant<br>            vs.<br>Timothy L. Billig<br>Teresa M. Billig<br>                              Debtor(s)<br><br>Scott F. Waterman<br>                              Trustee | NO. 20-12771 PMM |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of United States of America, Acting through USDA, Farm Service Agency, a successor agency to the Farmers Home Administration, United States Department of Agriculture, which was filed with the Court on or about **August 31, 2020, Document 24**.

                                        Respectfully submitted,

                                        **/s/Rebecca A. Solarz, Esq.**
                                         Rebecca A. Solarz, Esq.
                                         KML Law Group, P.C.
                                         BNY Mellon Independence Center
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA  19106

October 7, 2020