UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 20-12771 |
| | : | |
| TIMOTHY L. BILLIG and | : | |
| TERESA M. BILLIG, | : | |
| Debtors | : | Chapter 12 |

## CERTIFICATE OF SERVICE

I, Charles N. Shurr, Jr., Esquire, do hereby certify that on December 9, 2020, I caused one (1) copy of the Praecipe to Withdraw Objection of Fulton Bank, N.A. to Confirmation of Debtors' Chapter 12 Plan to be served via U.S. Mail – First Class Delivery, postage prepaid, to the parties listed on the attached Service List, who are not registered for electronic filing with the U.S. Bankruptcy Court.

KOZLOFF STOUDT

By: _____
Charles N. Shurr, Jr., Esquire
2640 Westview Drive
Wyomissing, PA 19610
(610) 670-2552
Attorneys for Fulton Bank, N.A.

## SERVICE LIST

Timothy L. Billig
Teresa M. Billig
7861 Springhouse Road
New Tripoli, Pennsylvania 18066-4511

Kevin K. Kercher, Esquire
Law Office of Kevin K. Kercher, Esquire, PC
881 Third Street, Suite C-2
Whitehall, Pennsylvania 18052

Scott F. Waterman, Esquire
Chapter 12 Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, Pennsylvania 19606

U.S. Trustee
United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, Pennsylvania 19107