**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: : | |
| : | |
| THOMAS L. BILLIG : | Chapter 12 |
| & : | |
| TERESA M. BILLIG : | |
| : | Bankruptcy No. 20-12771-PMM |
| Debtors : | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 12

AND NOW, upon consideration of the 4th Amended Plan submitted by Debtors on November 9, 2020 under Chapter 12 of title 11 U.S.C. and the Trustee's Report which has been filed; and it appearing that:

    A.    A meeting of creditors upon notice pursuant to 11 U.S.C. 341(a) and a confirmation hearing upon notice having been held;

    B.    The Plan complies with the provisions of 11 U.S.C. 1222 and 1225 and with other applicable provisions of title 11 U.S.C.; and

    C.    Any fee, charge or amount required under Chapter 12 or by the Plan to be paid before confirmation has been paid;

WHEREFORE, it is ORDERED that the Plan is CONFIRMED.

IT IS FURTHER ORDERED that the Chapter 12 Trustee shall be entitled a maximum compensation the rate of five present (5%) of all payments received in this case.

BY THE COURT

**December 10, 2020**
_____
Date

_Patricia M. Mayer_
_____
Patricia M. Mayer, Bankruptcy Judge