United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12771-pmm |
| Timothy L. Billig | Chapter 12 |
| Teresa M. Billig | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: Adminstra | Page 1 of 3 |
| Date Rcvd: Dec 10, 2020 | Form ID: pdf900 | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Timothy L. Billig, Teresa M. Billig, 7861 Springhouse Road, New Tripoli, PA 18066-4511 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | F.M. Brown & Sons, Inc., c/o Eden R. Bucher, Esquire, Leisawitz Heller, 2755 Century Boulevard, Wyomissing, PA 19610-3346 |
| cr | + | Fulton Bank, N.A., c/o Charles N. Shurr, Jr., Esquire, Kozloff Stoudt, 2640 Westview Drive, Wyomissing, PA 19610-1186 |
| 14516912 | + | Bellco Federal Credit Union, c/o Charles N. Shurr, Jr., Esquire, 2640 Westview Drive, Wyomissing, PA 19610-1186 |
| 14519683 | + | F.M. Brown & Sons, Inc., c/o Eden R. Bucher, Esquire, 2755 Century Boulevard, Wyomissing, PA 19610-3346 |
| 14519314 | + | F.M. Brown & Sons, Inc., c/o Eden R. Bucher, Esquire, Leisawitz Heller Abramowitch Phillips, P, 2755 Century Boulevard, Wyomissing, PA 19610-3346 |
| 14514249 | | F.M. Brown's Sons, Inc., PO Box 67, Birdsboro, PA 19508-0067 |
| 14514250 | + | Farm Service Agency, 1238 County Welfare Rd, Leesport, PA 19533-9710 |
| 14514856 | + | Fulton Bank, N.A, c/o Charles N. Shurr, Jr., Esq., 2640 Westview Drive, Wyomissing, PA 19610-1186 |
| 14533564 | + | Fulton Bank, N.A. - Attn: Amy M. Custer, VP, One Penn Square, P.O. Box 4887, Lancaster, PA 17602-2853 |
| 14514252 | | Kozloff Stoudt, 2640 Westview Dr, Wyomissing, PA 19610-1186 |
| 14514253 | # | Nancy Billig, 6958 Ulrich Mill Rd, New Tripoli, PA 18066-4029 |
| 14534806 | + | Nancy L. Billig, 4124 Washington St, Schnecksville, PA 18078-2115 |
| 14527357 | + | Northwestern Lehigh School District, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14527358 | + | Northwestern Lehigh School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14514254 | ++ | PEOPLE FIRST FEDERAL CREDIT UNION, 2141 DOWNYFLAKE LN, ALLENTOWN PA 18103-4799 address filed with court:, People First FCU, 2141 Downyflake Lane, Allentown, PA 18103-4774 |
| 14514255 | + | Portnoff Law Associates, PO Box 391, Norristown, PA 19404-0391 |
| 14528993 | + | United States of America, Acting through USDA, Far, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14534466 | + | United States of America, acting, through USDA/Farm Service Agency, Berks Farm Service Agency, 1238 County Welfare Rd, Suite 240 Leesport, PA 19533-9710 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 11 2020 05:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 11 2020 05:11:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14514251 | | Email/Text: bankruptcy@fult.com | Dec 11 2020 05:11:00 | Fulton Bank, PO Box 69, East Petersburg, PA 17520-0069 |
| 14517923 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 11 2020 04:47:50 | MERRICK BANK, Resurgent Capital Services, |

| District/off: 0313-4 | User: Adminstra | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 10, 2020 | Form ID: pdf900 | Total Noticed: 29 |

| 14529461 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 11 2020 05:10:00 | PO Box 10368, Greenville, SC 29603-0368 United States of America,, Acting through USDA,, Farm Service Agency,, c/o Rebecca A. Solarz, Esq., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 5

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Northwestern Lehigh School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14527653 | *+ | Northwestern Lehigh School District, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 12, 2020        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES N. SHURR, JR. | on behalf of Creditor Fulton Bank  N.A. cshurr@kozloffstoudt.com, jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com |
| EDEN R. BUCHER | on behalf of Creditor F.M. Brown & Sons  Inc. ebucher@leisawitzheller.com, medwards@leisawitzheller.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Northwestern Lehigh School District jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| KEVIN K. KERCHER | on behalf of Debtor Timothy L. Billig kevinkk@kercherlaw.com  kevin@kercherlaw.com |
| KEVIN K. KERCHER | on behalf of Joint Debtor Teresa M. Billig kevinkk@kercherlaw.com  kevin@kercherlaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor United States of America  Acting through USDA, Farm Service Agency, a successor agency to the Farmers Home Administration, United States Department of Agriculture bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 12) | ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN (Chapter 12) | on behalf of Trustee SCOTT F. WATERMAN (Chapter 12) ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-4     User: Adminstra     Page 3 of 3
Date Rcvd: Dec 10, 2020     Form ID: pdf900     Total Noticed: 29
TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                          :
                                                :
   THOMAS L. BILLIG                       :        Chapter 12
               &amp;                                 :
   TERESA M. BILLIG                       :
                                                :        Bankruptcy No.  20-12771-PMM
        Debtors                             :

## ORDER CONFIRMING PLAN UNDER CHAPTER 12

AND NOW, upon consideration of the 4th Amended Plan submitted by Debtors on November 9, 2020 under Chapter 12 of title 11 U.S.C. and the Trustee's Report which has been filed; and it appearing that:

    A.    A meeting of creditors upon notice pursuant to 11 U.S.C. 341(a) and a confirmation hearing upon notice having been held;

    B.    The Plan complies with the provisions of 11 U.S.C. 1222 and 1225 and with other applicable provisions of title 11 U.S.C.; and

    C.    Any fee, charge or amount required under Chapter 12 or by the Plan to be paid before confirmation has been paid;

WHEREFORE, it is ORDERED that the Plan is CONFIRMED.

IT IS FURTHER ORDERED that the Chapter 12 Trustee shall be entitled a maximum compensation the rate of five present (5%) of all payments received in this case.

BY THE COURT

**December 10, 2020**
_____
Date

_____
Patricia M. Mayer,  Bankruptcy Judge