**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Thomas L. Billig and Theresa M. Billing | No: 20-12771 |
| Debtors | CHAPTER 13 |

**NOTICE OF CHANGE OF ADDRESS**

I, Charles Laputka, Esquire, hereby state that the only address to be listed with the Court for the Creditor, Nancy L. Billig's is:

Nancy L. Billig
c/o Nanc Lashua
1424 Washington St
Schnecksville, PA 18078

Date: January 26, 2021

Laputka Law Office, LLC

/s/ Charles Laputka, Esquire
Charles Laputka, Esq.
Attorney for Creditor
PAID: 91984
1344 W. Hamilton St.
Allentown, PA 18102