# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 20-12771 PMM |
| | : | |
| TIMOTHY L. BILLIG and | : | |
| TERESA M. BILLIG | : | |
| Debtors | : | Chapter 12 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

TO THE CLERK OF THE COURT:

    Kindly enter my appearance as co-counsel for Fulton Bank, N.A. and index same on the master mailing list.

    Respectfully submitted,

    /s/David Fein, Esquire
David Fein, Esquire
Fidelity National Law Group
1515 Market Street, Suite 1410
Philadelphia, PA  19102
Phone: (267) 608-1730
david.fein@fnf.com