**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 20-12771 PMM |
| | : | |
| TIMOTHY L. BILLIG and | : | |
| TERESA M. BILLIG | : | |
| Debtors | : | Chapter 12 |

**ORDER**

AND NOW, this __8th__ day of __April__, 2021, upon consideration of the attached Stipulation for Relief from Automatic Stay, it is hereby

ORDERED and DECREED that the Stipulation is Approved; and, it is further

ORDERED and DECREED that Fulton Bank is granted relief from the automatic stay for the purpose of taking steps to reform the Subordination Agreement that was recorded on November 28, 2017 in the Lehigh County Recorder of Deeds Office as Instrument No. 2017035444, including but not limited to commencing and proceeding to conclusion state court action to accomplish same; and, it is further

ORDERED and DECREED that the fourteen (14) day stay of proceedings of Bankruptcy Rule 4001(a)(3) shall not be applicable, and Fulton Bank may immediately effectuate the provisions of this Order.

BY THE COURT:

_____
Patricia M. Mayer
United States Bankruptcy Judge