United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 20-12771-pmm
Timothy L. Billig  Chapter 12
Teresa M. Billig
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2
Date Rcvd: Apr 08, 2021     Form ID: pdf900     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Timothy L. Billig, Teresa M. Billig, 7861 Springhouse Road, New Tripoli, PA 18066-4511 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Creditor Nancy Billig claputka@laputkalaw.com jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com |
| CHARLES N. SHURR, JR. | on behalf of Creditor Fulton Bank N.A. cshurr@kozloffstoudt.com, dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com;lbemis@kozloffstoudt.com |
| DAVID FEIN | on behalf of Creditor Fulton Bank N.A. david.fein@fnf.com |
| EDEN R. BUCHER | on behalf of Creditor F.M. Brown & Sons Inc. ebucher@leisawitzheller.com, medwards@leisawitzheller.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Northwestern Lehigh School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KEVIN K. KERCHER | on behalf of Creditor Fulton Bank N.A. kevinkk@kercherlaw.com, kevin@kercherlaw.com |
| KEVIN K. KERCHER | on behalf of Joint Debtor Teresa M. Billig kevinkk@kercherlaw.com kevin@kercherlaw.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 08, 2021 | Form ID: pdf900 | Total Noticed: 1 |

KEVIN K. KERCHER
    on behalf of Debtor Timothy L. Billig kevinkk@kercherlaw.com  kevin@kercherlaw.com

REBECCA ANN SOLARZ
    on behalf of Creditor United States of America  Acting through USDA, Farm Service Agency, a successor agency to the Farmers Home Administration, United States Department of Agriculture bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 12)
    ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 12)
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 12) ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 12)
    on behalf of Creditor Fulton Bank  N.A. ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              :        Bankruptcy No. 20-12771 PMM
                                                    :
TIMOTHY L. BILLIG and                               :
TERESA M. BILLIG                                    :
                              Debtors               :        Chapter 12

**ORDER**

AND NOW, this __8th__ day of __April_____, 2021, upon consideration of the attached Stipulation for Relief from Automatic Stay, it is hereby

ORDERED and DECREED that the Stipulation is Approved; and, it is further

ORDERED and DECREED that Fulton Bank is granted relief from the automatic stay for the purpose of taking steps to reform the Subordination Agreement that was recorded on November 28, 2017 in the Lehigh County Recorder of Deeds Office as Instrument No. 2017035444, including but not limited to commencing and proceeding to conclusion state court action to accomplish same; and, it is further

ORDERED and DECREED that the fourteen (14) day stay of proceedings of Bankruptcy Rule 4001(a)(3) shall not be applicable, and Fulton Bank may immediately effectuate the provisions of this Order.

BY THE COURT:

*Patricia M. Mayer*

Patricia M. Mayer
United States Bankruptcy Judge