UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | |
| : | |
| THOMAS L. BILLIG : | Chapter 12 |
| TERESA M. BILLIG, : | |
| : | Bankruptcy No.  20-12771-PMM |
| Debtors : | |

\* \* \* \* \* \* \*

**HEARING TO BE HELD:**
**Date:   October 19, 2021**
**Time:  11:00 a.m.**
**Place:   United States**
**Bankruptcy Court**
**The Gateway Building**
**201 Penn Street**
**4th Floor Courtroom**
**Reading, PA 19601**

\* \* \* \* \* \* \*

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Scott F. Waterman, Esq., Standing Chapter 13 Trustee, has filed a Motion to Dismiss the Chapter 12 case.

YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY.)

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before October 4, 2021, you or your attorney must do ALL of the following:

    (a)  file an answer explaining your position at

        U.S. Bankruptcy Court Clerk's Office
        201 Penn Street, Suite 103
        Reading, PA  19601

If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

      (b)  mail a copy to the movant's attorney:

        Scott F. Waterman, Esq.
        Chapter 12 Trustee
        2901 St. Lawrence Ave., Suite 100
        Reading, Pennsylvania 19606
        Telephone:  (610) 779-1313
        Fax:            (610) 779-3637

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before The Honorable Patricia M. Mayer, United States Bankruptcy Judge, on Tuesday, October 19th, at 11:00 a.m., Fourth Floor Courtroom, United States Bankruptcy Court, 201 Penn Street, Reading, PA  19601.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office at (610) 208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

Date:  September 17, 2021