**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| TIMOTHY L. BILLIG and | : | CHAPTER 12 |
| TERESA M. BILLIG, | : | |
| | : | |
| Debtors | : | BKRTCY. NO. 20-12771 pmm |

**REQUEST TO CHANGE ADDRESS OF DEBTOR TERESA BILLIG ONLY**

**TO THE CLERK:**

Please change the address of Debtor Teresa Billig ONLY in the above matter. The new address is:

**Teresa Billig**
**683 Wilsontown Rd.**
**Laurens, SC 29360-6600**

LAW OFFICES OF
**KEVIN K. KERCHER, ESQUIRE**

Date: 10/5/2021        BY:   /s/ Kevin K. Kercher
Kevin K. Kercher, Esquire
881 Third Street, Suite #C-2
Whitehall, PA 18052
**Attorney for Debtor**s