UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                            :
                                                  :
   John F. Petersheim                             :
   Lena Mae Petersheim,                           :          Chapter 12
                                                  :
           Debtor(s)                           :          No. 20-10990-MDC

### PRAECIPE TO WITHDRAW TRUSTEE'S MOTION TO DISMISS

      Please withdraw the Chapter 13 Trustee's Motion to Dismiss filed at docket # 49.  This was filed with the wrong attachments.

                                                  Respectfully submitted,


December 7, 2021                          */s/ Scott F. Waterman*
                                                  Scott F. Waterman, Esq.
                                                  Chapter 13 Standing Trustee