UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| THOMAS L. BILLIG | : | Chapter 12 |
| TERESA M. BILLIG | : | |
| | : | Bankruptcy No.  20-12771-PMM |
| Debtors | : | |

### PRAECIPE TO WITHDRAW TRUSTEE'S MOTION TO DISMISS

Please withdraw the Chapter 13 Trustee's Motion to Dismiss filed at Docket # 49, this was filed with the wrong attachments.  Also please substitute this Praecipe for Docket # 50 that identifies the wrong debtors.

Respectfully submitted,

December 7, 2021

*/s/ Scott F. Waterman*
Scott F. Waterman, Esq.
Chapter 13 Standing Trustee