UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 20-12771 |
| | : | |
| TIMOTHY L. BILLIG and | : | |
| TERESA M. BILLIG, | : | |
|                Debtors | : | Chapter 12 |
| | : | |
| | : | Hearing Date:  March 29, 2022 |
| | : | Hearing Time:  11:00 a.m. |
| | : | |
| | : | United States Bankruptcy Court |
| | : | The Gateway Building |
| | : | 201 Penn Street, 4th Floor |
| | : | Reading, Pennsylvania 19601 |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

     Fulton Bank, N.A. has filed a Motion for Order Confirming that the Stay under 11 U.S.C. § 362(a) is Terminated as to the Debtors' Real Estate located at 7861 Springhouse Road,  New Tripoli, Pennsylvania.

     **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

     1.     If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before March 23, 2022 you or your attorney must do <u>all</u> of the following:

               (a)     file an answer explaining your position at

                      Clerk, United States Bankruptcy Court
                      Eastern District of Pennsylvania
                      The Gateway Building
                      201 Penn Street, Suite 103
                      Reading, Pennsylvania 19601

     If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)  mail a copy to the movant's attorney:

      Charles N. Shurr, Jr., Esquire
      Kozloff Stoudt
      2640 Westview Drive
      Wyomissing, Pennsylvania 19610
      Telephone: (610) 670-2552
      Facsimile: (610) 670-2591

  2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

  3.  A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on Tuesday, March 29, 2022 at 11:00 a.m. in the United States Bankruptcy Court, The Gateway Building, Fourth Floor, 201 Penn Street, Reading, Pennsylvania 19601.

  4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

  5.  You may contact the Bankruptcy Clerk's office at (610) 208-5030 to find out whether the hearing has been canceled because no one filed an answer.

Date: March 9, 2022        **KOZLOFF STOUDT**

                By: _____
                  Charles N. Shurr, Jr., Esquire
                  2640 Westview Drive
                  Wyomissing, PA 19610
                  (610) 670-2552
                  Attorneys for Fulton Bank, N.A.