United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Timothy L. Billig  
Teresa M. Billig  
    Debtors

Case No. 20-12771-pmm  
Chapter 12

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2  
Date Rcvd: May 25, 2022     Form ID: pdf900     Total Noticed: 2

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Timothy L. Billig, 7861 Springhouse Rd, New Tripoli, PA 18066-4511 |
| jdb | Teresa M. Billig, 683 Wilsontown Rd., Laurens, SC 29360-6600 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 27, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Creditor Nancy Billig claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com |
| CHARLES N. SHURR, JR. | on behalf of Creditor Fulton Bank N.A. cshurr@kozloffstoudt.com, dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com;lbemis@kozloffstoudt.com |
| DAVID FEIN | on behalf of Creditor Fulton Bank N.A. david.fein@fnf.com |
| EDEN R. BUCHER | on behalf of Creditor F.M. Brown & Sons Inc. ebucher@barley.com, cbrelje@barley.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Northwestern Lehigh School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KEVIN K. KERCHER | on behalf of Joint Debtor Teresa M. Billig kevinkk@kercherlaw.com kevin@kercherlaw.com |
| KEVIN K. KERCHER | on behalf of Debtor Timothy L. Billig kevinkk@kercherlaw.com kevin@kercherlaw.com |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 25, 2022 | Form ID: pdf900 | Total Noticed: 2 |

REBECCA ANN SOLARZ
    on behalf of Creditor United States of America  Acting through USDA, Farm Service Agency, a successor agency to the Farmers Home Administration, United States Department of Agriculture bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 12)
    ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 12)
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 12) ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

#### UNITED STATES BANKRUPTCY COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re: Timothy L. and Teresa M. Billig,**     :     **Chapter 12**
                                                  :
                                                 :     **Case No. 20-12771 (PMM)**
                                                 :
**Debtors.**                                      :

#### ORDER REGARDING STIPULATION

**AND NOW** upon consideration of the Stipulation and Consent Order (doc. #65, the "Stipulation")[1] entered between the Debtors and Fulton Bank, N.A. ("Fulton");

**AND** the Stipulation purporting to resolve Fulton's Motion for Order Confirming that the Stay has been Terminated (doc. #58, the "Motion");

**AND** the previous version of the Stipulation having been discussed at the hearing on the Motion, held and concluded on May 17, 2022;

**AND** a review of the revised Stipulation showing that the terms of the proposed agreement between the parties remain materially different from the parameters of the confirmed Plan.  Compare §4(f) and §7(c) of the Plan (doc. #30) with ¶8 and ¶9 of the Stipulation;

**BUT** a confirmed Plan may not be modified by stipulation. SCH Corp. v. CFI Class Action Claimants, 597 F. App'x 143, 148 (3d Cir. 2015); In re Oakhurst Lodge, Inc., 582 B.R. 784, 792 (Bankr. E.D. Cal. 2018);

**AND** therefore it is hereby **ordered** that:

1) The Stipulation is **not approved**;

2) The Motion **remains pending**; and

---

[1] The Stipulation amends an earlier version of the settlement between the parties. See doc. # 63.

3) The relief ordered herein is **without prejudice** to the filing either of a Motion to Modify the Confirmed Plan, see 11 U.S.C. §1229, or the presentation of a stipulation resolving the Motion which does not alter or conflict with the terms of the Plan.

*/s/ Patricia M. Mayer*

**Date: May 24, 2022**

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**