**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| | : |
| TIMOTHY L. BILLIG and | : CHAPTER 12 |
| TERESA M. BILLIG, | : |
| | : |
| Debtors | : BKRTCY. NO. 20-12771 pmm |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Timothy and Teresa Billig, by and through their counsel, Kevin K. Kercher, Esquire, have filed a Motion to Modify Plan Post-Confirmation. Debtors are proposing to extend the deadlines for payments from Fulton Bank and to extend deadlines to pay Fulton, sell their property or refinance it. Debtors do not believe that the terms make any change to payment terms of any other creditor, nor to the Trustee. The change is proposed to resolve a Motion filed by Fulton. The changes to payments are made in Paragraphs 8 and 9 of the Stipulation which is attached to the Motion and provided with this Motion and Notice.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, If you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **July 6, 2022** you or your attorney must do all of the following:

    (a) file an answer explaining your position at

    **Clerk, U.S. Bankruptcy Court**
    **The Gateway Bldg.**
    **201 Penn St., Ste. 103**
    **Reading, PA 19601**

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorney:

    **LAW OFFICES OF KEVIN K. KERCHER, ESQUIRE, P.C.**
    **Kevin K. Kercher, Esquire**
    **881 Third Street, Suite #C-2**
    **Whitehall, PA 18052**
    **(610) 264-4120 phone**
    **(610) 264-2990 fax**

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on **July 12, 2022, at 11:00 a.m.** in Fourth Floor Courtroom, United States Bankruptcy Court, The Gateway Building, 201 Penn Street, Reading, PA 19601.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Date: 6/15/2022                                    Attorney for Movants

                                                   /s/ Kevin K. Kercher
                                                   **Kevin K. Kercher, Esquire**
                                                   **881 Third Street, Suite #C-2**
                                                   **Whitehall, PA 18052**
                                                   **(610) 264-4120 phone**
                                                   **(610) 264-2990 fax**