```
              UNITED STATES BANKRUPTCY COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :
                                :
   TIMOTHY L. BILLIG and         :   CHAPTER 12
   TERESA M. BILLIG,             :
                                :
          Debtors                :   BKRTCY. NO. 20-12771 pmm
```

### ORDER ON DEBTORS' MOTION TO MODIFY PLAN POST-CONFIRMATION

AND NOW, upon consideration of the Motion of Debtors to Modify Plan Post-Confirmation (Doc. #68),

IT IS **ORDERED** that:

1. The Motion is **GRANTED**, and

2. The proposed Addendum (Exhibit A to Motion, Document #68) is **APPROVED and shall be filed and deemed attached to the confirmed Plan.**

BY THE COURT:

*Patricia M. Mayer*

**Date: July 12, 2022**

PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE

1