United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br>Timothy L. Billig<br>Teresa M. Billig<br>    Debtors | Case No. 20-12771-pmm<br>Chapter 12 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 12, 2022 | Form ID: pdf900 | Total Noticed: 2 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Timothy L. Billig, 7861 Springhouse Rd, New Tripoli, PA 18066-4511 |
| jdb | Teresa M. Billig, 683 Wilsontown Rd., Laurens, SC 29360-6600 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2022          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Creditor Nancy Billig claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com |
| CHARLES N. SHURR, JR. | on behalf of Creditor Fulton Bank  N.A. cshurr@kozloffstoudt.com, dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com;lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com |
| DAVID FEIN | on behalf of Creditor Fulton Bank  N.A. david.fein@fnf.com |
| EDEN R. BUCHER | on behalf of Creditor F.M. Brown & Sons  Inc. ebucher@barley.com, cbrelje@barley.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Northwestern Lehigh School District jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| KEVIN K. KERCHER | on behalf of Joint Debtor Teresa M. Billig kevinkk@kercherlaw.com  kevin@kercherlaw.com |
| KEVIN K. KERCHER | on behalf of Debtor Timothy L. Billig kevinkk@kercherlaw.com  kevin@kercherlaw.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 12, 2022 | Form ID: pdf900 | Total Noticed: 2 |

REBECCA ANN SOLARZ
    on behalf of Creditor United States of America Acting through USDA, Farm Service Agency, a successor agency to the Farmers Home Administration, United States Department of Agriculture bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 12)
    ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 12)
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 12) ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

```
                    UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

     IN RE:                         :
                                    :
        TIMOTHY L. BILLIG and       :    CHAPTER 12
        TERESA M. BILLIG,           :
                                    :
             Debtors                :    BKRTCY. NO. 20-12771 pmm
```

### ORDER ON DEBTORS' MOTION TO MODIFY PLAN POST-CONFIRMATION

AND NOW, upon consideration of the Motion of Debtors to Modify Plan Post-Confirmation (Doc. #68),

IT IS **ORDERED** that:

1. The Motion is **GRANTED**, and

2. The proposed Addendum (Exhibit A to Motion, Document #68) is **APPROVED and shall be filed and deemed attached to the confirmed Plan.**

                              BY THE COURT:

                              /s/ Patricia M. Mayer

**Date: July 12, 2022**         PATRICIA M. MAYER
                                UNITED STATES BANKRUPTCY JUDGE

1