**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| TIMOTHY L. BILLIG and | : | CHAPTER 12 |
| TERESA M. BILLIG, | : | |
| | : | |
| Debtors | : | BKRTCY. NO. 20-12771 pmm |

**NOTICE OF FILING OF APPLICATION FOR**
**AUTHORITY TO APPOINT AND EMPLOY**
**KIM BONENFANT AND UNITED REAL ESTATE STRIVE 212**
**AS REALTORS TO THE DEBTORS**
**IN ACCORDANCE WITH F.R.B.P. 2014 AND**
**LOCAL BANKRUPTCY RULES 2014-1 AND 9013-1(e)**

To the Chapter 12 Trustee, U.S. Trustee, all Creditors and parties in interest, NOTICE is given that:

1. On or about October 3, 2022, Kevin K. Kercher, Esquire, counsel for Debtors, filed an Application (the "Application") for Authority to Appoint and Employ Kim Bonanfant and United Real Estate Strive 212 as Realtors to the Debtors. A copy of such Application is on file in the Clerk's Office and is available for inspection during regular business hours.

2. Bonanfant and United Strive have been proposed as the Realtors to the Debtors for the purpose of selling their home and associated farm real estate.

3. Any creditor or party in interest may file an objection to the Application with the Clerk, U.S. Bankruptcy Court, The Gateway, Suite 103, 201 Penn St., Reading, PA 19601, and file a copy on the attorney for the Debtor at the address listed below within seven (7) days of the date set forth below.

4. In the absence of any objection, the attorney for the Debtor will certify same to the Court and request that an Order be entered authorizing the requested employment.

Dated: 10.3.2022
**Counsel for Debtor:**
Kevin K. Kercher, Esquire
881 Third Street, Suite #C-2          By: /s/ Kevin K. Kercher
Whitehall, PA 18052                         Kevin K. Kercher, Esquire
Phone: (610) 264-4120
Fax:   (610) 264-2990