**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Timothy L. and Teresa M. Billig, | : | Chapter 12 |
| | : | |
| | : | Case No. 20-12771 (PMM) |
| | : | |
| Debtors. | | |

**ORDER APPOINTING MEDIATOR AND ASSIGMENT TO MEDIATION**

**AND NOW**, upon consideration of Proof of Claim Number 6 filed by Nancy Billig on September 2, 2020 (the "Proof of Claim") and the Objection by the Debtors thereto (doc. #76, the "Objection");[1]

**AND** counsel having advised the court that the parties wish to participate in the court-annexed mediation program with regard to the Proof of Claim and Objection, it is hereby

**ORDERED** that the dispute regarding the Proof of Claim Objection is hereby assigned to the following mediator:

Gary F. Seitz, Esquire
Gellert Scali Busenkell & Brown, LLC
1628 JFK Boulevard, Suite 1901
Philadelphia, PA   19103

The parties are **ORDERED** to comply with the provisions of Local Bankruptcy Rule 9019-2.

Pursuant to Local Bankruptcy Rule 9019-2(j), the mediator, if qualified to serve, will file with the Court within seven (7) days of receipt of this Order, his acceptance of this mediation assignment.

---

[1] The chapter 13 Trustee also objected to the Proof of Claim (see doc. #74), for essentially the same reasons stated in the Debtors' Objection.

It is further **ordered** that the hearing with regard to the Objection scheduled on November 1, 2022 at 1:00 p.m. is **postponed**, pending the outcome of the mediation.

**Date: 10/24/22**

*Patricia M. Mayer*

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re:  Timothy L. and Teresa M. Billig,  :   Chapter 12
:
:   Case No. 20-12771 (PMM)
:

**Debtors.**

## NOTICE TO CLERK REGARDING MEDIATION ASSIGNMENT

Pursuant to Local Bankruptcy Rule 9019-2, I hereby notify the Clerk of the Bankruptcy Court that:

_____    **I accept the mediation assignment**

_____    **I decline the mediation assignment.**

**Date** _____    _____
Gary F. Seitz, Esquire