UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Timothy L. and Teresa M. Billig,  :   Chapter 12
                                         :
                                         :   Case No. 20-12771 (PMM)
                                         :
Debtors.

### NOTICE TO CLERK REGARDING MEDIATION ASSIGNMENT

Pursuant to Local Bankruptcy Rule 9019-2, I hereby notify the Clerk of the Bankruptcy Court that:

__XX__   **I accept the mediation assignment**

_____   **I decline the mediation assignment.**

**Date**  10/25/2022

_/s/ Gary Seitz_
Gary F. Seitz, Esquire