United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Timothy L. Billig  
Teresa M. Billig  
    Debtors

Case No. 20-12771-pmm  
Chapter 12

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2  
Date Rcvd: Oct 24, 2022     Form ID: pdf900     Total Noticed: 2

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Timothy L. Billig, 7861 Springhouse Rd, New Tripoli, PA 18066-4511 |
| jdb | Teresa M. Billig, 683 Wilsontown Rd., Laurens, SC 29360-6600 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 26, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor United States of America Acting through USDA, Farm Service Agency, a successor agency to the Farmers Home Administration, United States Department of Agriculture bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHARLES LAPUTKA | on behalf of Creditor Nancy Billig claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com |
| CHARLES N. SHURR, JR. | on behalf of Creditor Fulton Bank N.A. cshurr@kozloffstoudt.com, dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com;lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com |
| DAVID FEIN | on behalf of Creditor Fulton Bank N.A. david.fein@fnf.com |
| EDEN R. BUCHER | on behalf of Creditor F.M. Brown & Sons Inc. ebucher@barley.com, cbrelje@barley.com |
| GARY F. SEITZ | gseitz@gsbblaw.com gfs@trustesolutions.net |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 24, 2022 | Form ID: pdf900 | Total Noticed: 2 |

JAMES RANDOLPH WOOD
    on behalf of Creditor Northwestern Lehigh School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com

KEVIN K. KERCHER
    on behalf of Joint Debtor Teresa M. Billig kevinkk@kercherlaw.com kevin@kercherlaw.com

KEVIN K. KERCHER
    on behalf of Debtor Timothy L. Billig kevinkk@kercherlaw.com kevin@kercherlaw.com

SCOTT F. WATERMAN (Chapter 12)
    ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 12)
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 12) ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 13)
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 12) ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re: Timothy L. and Teresa M. Billig,    :     Chapter 12
:
:     Case No. 20-12771 (PMM)
:
**Debtors.**

## ORDER APPOINTING MEDIATOR AND ASSIGMENT TO MEDIATION

**AND NOW**, upon consideration of Proof of Claim Number 6 filed by Nancy Billig on September 2, 2020 (the "Proof of Claim") and the Objection by the Debtors thereto (doc. #76, the "Objection");[1]

**AND** counsel having advised the court that the parties wish to participate in the court-annexed mediation program with regard to the Proof of Claim and Objection, it is hereby

**ORDERED** that the dispute regarding the Proof of Claim Objection is hereby assigned to the following mediator:

**Gary F. Seitz, Esquire**
**Gellert Scali Busenkell & Brown, LLC**
1628 JFK Boulevard, Suite 1901
Philadelphia, PA    19103

The parties are **ORDERED** to comply with the provisions of Local Bankruptcy Rule 9019-2.

Pursuant to Local Bankruptcy Rule 9019-2(j), the mediator, if qualified to serve, will file with the Court within seven (7) days of receipt of this Order, his acceptance of this mediation assignment.

---

[1] The chapter 13 Trustee also objected to the Proof of Claim (see doc. #74), for essentially the same reasons stated in the Debtors' Objection.

It is further **ordered** that the hearing with regard to the Objection scheduled on November 1, 2022 at 1:00 p.m. is **postponed**, pending the outcome of the mediation.

**Date: 10/24/22**

*/Patricia M. Mayer/*

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:  Timothy L. and Teresa M. Billig,   :   Chapter 12
                                            :
                                            :   Case No. 20-12771 (PMM)
                                            :
**Debtors.**

**NOTICE TO CLERK REGARDING MEDIATION ASSIGNMENT**

Pursuant to Local Bankruptcy Rule 9019-2, I hereby notify the Clerk of the Bankruptcy Court that:

_____   **I accept the mediation assignment**

_____   **I decline the mediation assignment.**

**Date** _____                      _____
                                               Gary F. Seitz, Esquire