**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| In re:<br><br>**TERESA M.BILLIG,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 20-12771 PMM** |
|---|---|

**ENTRY OF APPEARANCE**

**TO:    CLERK OF THE BANKRUPTCY COURT**

Kindly enter the appearance of George M. Lutz, Esquire as counsel for Teresa M. Billig, and note the contact information for counsel as:

> George M. Lutz, Esquire
> Hartman, Valeriano, Magovern & Lutz, PC
> 1025 Berkshire Boulevard, Suite 700
> P.O. Box 5828
> Wyomissing, PA  19610
> Ph.:  610-763-0745
> Email:  glutz@hvmllaw.com

**Date:**  October 29, 2022

>                    **Respectfully submitted,**
>
>                    **Hartman, Valeriano, Magovern & Lutz, PC**
>
> **by:**    /s/ George M. Lutz
>          _____
>          **George M. Lutz, Esquire**
>          **1025 Berkshire Boulevard, Suite 700**
>          **Wyomissing, PA  19610**
>          **Pa. Attorney ID No.: 46437**
>          **Counsel for Debtor**