**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In re:<br><br>**TIMOTHY L. BILLIG AND TERESA M. BILLIG,**<br><br>**Debtors** | **Chapter 12 Bankruptcy**<br><br>**Bankruptcy No. 20-12771 PMM** |

**NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE**

**TO:** U.S. TRUSTEE, CHAPTER 12 TRUSTEE, ALL CREDITORS AND OTHER PARTIES IN INTEREST, NOTICE IS GIVEN THAT:

Debtor, Teresa M. Billig, filed a Motion for Relief from the Automatic Bankruptcy Stay and for Abstention from State Court Divorce Proceedings ("Motion"). If a copy of the Motion is not enclosed with this Notice, a copy of the Motion can be obtained by contacting counsel to Teresa M. Billig, George M. Lutz, Esquire, at Hartman, Valeriano, Magovern and Lutz, PC, 1025 Berkshire Boulevard, Suite 700, Wyomissing, PA 19610, Ph.: 610-763-0745, Email: glutz@hvmllaw.com, fax: 1-610-779-7473.

Any creditor or any party in interest may file an answer, objection, or other responsive pleading with respect to this Motion with the Clerk of the United States Bankruptcy Court, The Gateway Building, Office of the Clerk, Room 103, 201 Penn Street, Reading, PA 19601, and must **deliver** a copy to counsel for the Debtor, whose name and address appear below, such that counsel for the Debtor **receives** said copy on or before November 17, 2022.

A hearing to consider the Motion and any answers, objections, or other responsive pleadings has been scheduled for November 22, 2022 at 11:00 a.m. in The Gateway Building, 4th Floor Courtroom, 201 Penn Street, Reading, PA 19601. In the absence of any answer, objection, or other responsive pleading, the Court may approve the relief requested in Motion.

Dated: November 1, 2022

                **George M. Lutz, Esquire**
                **Hartman, Valeriano, Magovern & Lutz, PC**
                **1025 Berkshire Boulevard, Suite 700**
                **P.O. Box 5828**
                **Wyomissing, PA 19610**