**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:**  **TIMOTHY L. BILLIG AND TERESA M. BILLIG,**  **Debtors** | **Chapter 12 Bankruptcy**  **Bankruptcy No. 20-12771 PMM** |

**CERTIFICATE OF SERVICE IN RE: ORDER, NOTICE, AND MOTION FOR RELIEF FROM THE AUTOMATIC BANKRUPTCY STAY AND FOR ABSTENTION FROM STATE COURT DIVORCE PROCEEDINGS**

The undersigned, Ashley N. Santana, of Hartman, Valeriano, Magovern & Lutz, P.C., hereby certifies that on November 1, 2022 true and correct copies of the Motion for Relief from the Automatic Bankruptcy Stay and for Abstention from State Court Divorce Proceedings, Notice of Motion, Response Deadline, Hearing Date, and Order were served upon:

1. each of the recipients listed below by way of electronic means at the email addresses indicated:

> EDEN R. BUCHER on behalf of Creditor F.M. Brown & Sons, Inc.
> ebucher@barley.com, cbrelje@barley.com
>
> DAVID FEIN on behalf of Creditor Fulton Bank, N.A.
> david.fein@fnf.com
>
> KEVIN K. KERCHER on behalf of Debtor Timothy L. Billig
> kevinkk@kercherlaw.com, kevin@kercherlaw.com
>
> KEVIN K. KERCHER on behalf of Joint Debtor Teresa M. Billig
> kevinkk@kercherlaw.com, kevin@kercherlaw.com
>
> CHARLES LAPUTKA on behalf of Creditor Nancy Billig
> claputka@laputkalaw.com, jen@laputkalaw.com;jbolles@laputkalaw.com
>
> BRIAN CRAIG NICHOLAS on behalf of Creditor United States of America, Acting through USDA, Farm Service Agency, a successor agency to the Farmers Home Administration, United States Department of Agriculture
> bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

GARY F SEITZ on behalf of Mediator Gary F. Seitz (Mediator)
gseitz@gsbblaw.com

CHARLES N. SHURR, JR. on behalf of Creditor Fulton Bank, N.A.
cshurr@kozloffstoudt.com,
dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com;lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com

Gary F. Seitz (Mediator)
gseitz@gsbblaw.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN (Chapter 12)
ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 12) on behalf of Trustee SCOTT F. WATERMAN (Chapter 12)
ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 13) on behalf of Trustee SCOTT F. WATERMAN (Chapter 12)
ECFMail@ReadingCh13.com

JAMES RANDOLPH WOOD on behalf of Creditor Northwestern Lehigh School District
jwood@portnoffonline.com, jwood@ecf.inforuptcy.com

And

2. upon all addressees on the bankruptcy clerk's mailing matrix, with the exception of those who received service by electronic means as stated in Section 1 above, by first class, United States mail, postage prepaid

**Date: November 1, 2022**     **Respectfully submitted,**

**Hartman, Valeriano, Magovern & Lutz, PC**

**by:**     */s/ Ashley N. Santana*

_____

**Ashley N. Santana**
**1025 Berkshire Boulevard, Suite 700**
**Wyomissing, PA 19610**