**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| TIMOTHY L. BILLIG and | : | CHAPTER 12 |
| TERESA M. BILLIG, | : | |
| | : | |
| Debtors | : | BKRTCY. NO. 20-12771 pmm |

### ORDER

AND NOW, upon consideration of the First Application for Compensation and Reimbursement of Expenses filed by Kevin K. Kercher, Esquire, Attorney for Debtors (the "Application") and upon the certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $12,500.00, and expenses are approved in the amount of $313.00.

3. The Chapter 12 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1222(a)(2), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less $500.00 which was paid by the Debtor prepetition. This amount may be paid to counsel pursuant to the terms of the confirmed Plan.

**Date: November 4, 2022**

BY THE COURT:

*Patricia M. Mayer*

**PATRICIA M. MAYER**
**UNITED STATES BANKRUPTCY JUDGE**

2