UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                          :
                                :
    TIMOTHY L. BILLIG and        :   CHAPTER 12
    TERESA M. BILLIG,            :
                                :
        Debtors                  :   BKRTCY. NO. 20-12771 pmm
```

### ORDER AUTHORIZING APPOINTMENT OF REALTOR

AND NOW, upon consideration of Application by the Debtors for authority to appoint and employ Kim Bonenfant and United Real Estate Strive 212 as Realtors to the Debtors, and the Declaration of Kim Bonenfant, Realtors, and it appearing that Kim Bonenfant is a disinterested person and that her employment is in the best interest of the Estate and the economical administration thereof,

IT IS **ORDERED** AND **DECREED** that Timothy and Teresa Billig, the Debtors herein, be, and hereby is, authorized to employ Kim Bonenfant and United Real Estate Strive 212 as Realtors to the Debtors for the purposes set forth in the Application with compensation to be approved by the Court after notice and hearing.

BY THE COURT:

*Patricia M. Mayer*

**Date: November 4, 2022**    PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE