United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12771-pmm |
| Timothy L. Billig | Chapter 12 |
| Teresa M. Billig | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 04, 2022 | Form ID: pdf900 | Total Noticed: 2 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Timothy L. Billig, 7861 Springhouse Rd, New Tripoli, PA 18066-4511 |
| jdb | Teresa M. Billig, 683 Wilsontown Rd., Laurens, SC 29360-6600 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2022           Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor United States of America Acting through USDA, Farm Service Agency, a successor agency to the Farmers Home Administration, United States Department of Agriculture bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHARLES LAPUTKA | on behalf of Creditor Nancy Billig claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com |
| CHARLES N. SHURR, JR. | on behalf of Creditor Fulton Bank N.A. cshurr@kozloffstoudt.com, dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com;lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com |
| DAVID FEIN | on behalf of Creditor Fulton Bank N.A. david.fein@fnf.com |
| EDEN R. BUCHER | on behalf of Creditor F.M. Brown & Sons Inc. ebucher@barley.com, cbrelje@barley.com |
| GARY F SEITZ | on behalf of Mediator Gary F. Seitz (Mediator) gseitz@gsbblaw.com |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 04, 2022 | Form ID: pdf900 | Total Noticed: 2 |

GEORGE M. LUTZ
    on behalf of Joint Debtor Teresa M. Billig glutz@hvmllaw.com  asantana@hvmllaw.com;r49419@notify.bestcase.com

Gary F. Seitz (Mediator)
    gseitz@gsbblaw.com

JAMES RANDOLPH WOOD
    on behalf of Creditor Northwestern Lehigh School District jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

KEVIN K. KERCHER
    on behalf of Debtor Timothy L. Billig kevinkk@kercherlaw.com  kevin@kercherlaw.com

KEVIN K. KERCHER
    on behalf of Joint Debtor Teresa M. Billig kevinkk@kercherlaw.com  kevin@kercherlaw.com

SCOTT F. WATERMAN (Chapter 12)
    ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 12)
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 12) ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 13)
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 12) ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 15

```
              UNITED STATES BANKRUPTCY COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

IN RE:  :
        :
   TIMOTHY L. BILLIG and  : CHAPTER 12
   TERESA M. BILLIG,  :
        :
       Debtors  : BKRTCY. NO. 20-12771 pmm

### ORDER AUTHORIZING APPOINTMENT OF REALTOR

AND NOW, upon consideration of Application by the Debtors for authority to appoint and employ Kim Bonenfant and United Real Estate Strive 212 as Realtors to the Debtors, and the Declaration of Kim Bonenfant, Realtors, and it appearing that Kim Bonenfant is a disinterested person and that her employment is in the best interest of the Estate and the economical administration thereof,

IT IS **ORDERED** AND **DECREED** that Timothy and Teresa Billig, the Debtors herein, be, and hereby is, authorized to employ Kim Bonenfant and United Real Estate Strive 212 as Realtors to the Debtors for the purposes set forth in the Application with compensation to be approved by the Court after notice and hearing.

BY THE COURT:

*Patricia M. Mayer*

**Date: November 4, 2022**         PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE