**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

|  |  |
|---|---|
| **In re:** | **Chapter 12 Bankruptcy** |
|     **TIMOTHY L. BILLIG AND TERESA M. BILLIG,** | **Bankruptcy No. 20-12771 PMM** |
|                    **Debtors** |  |

**CERTIFICATE OF NO RESPONSE RE:**
**MOTION FOR RELIEF FROM THE AUTOMATIC BANKRUPTCY STAY AND FOR**
**ABSTENTION FROM STATE COURT DIVORCE PROCEEDINGS**

The undersigned, George M. Lutz, Esquire, attorney for Debtor, Teresa M. Billig (and not for Debtor, Timothy L. Billig), hereby certifies that no answer, objection or other responsive pleading has been served upon me or upon the Debtor, Teresa M. Billig in connection with the Motion for Relief from the Automatic Bankruptcy Stay and for Abstention from State Court Divorce Proceedings, which was served upon all parties of interest on November 1, 2022.

Dated: November 18, 2022

                          **Respectfully submitted,**

                          **Hartman, Valeriano, Magovern & Lutz, PC**

**by:**    */s/ George M. Lutz*
                          _____
                          **George M. Lutz, Esquire**
                          **1025 Berkshire Boulevard, Suite 700**
                          **Wyomissing, PA  19610**
                          **Pa. Attorney ID No.: 46437**
                          **Attorneys for Debtor, Teresa M. Billig**