# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
# READING DIVISION

| | |
|---|---|
| In re:<br><br>**TIMOTHY L. BILLIG AND TERESA M. BILLIG,**<br><br>**Debtors** | **Chapter 12 Bankruptcy**<br><br>**Bankruptcy No. 20-12771 PMM** |

## ORDER

AND NOW, upon consideration of the Motion for Relief and for Abstention filed by Teresa M. Billig, and after adequate notice and opportunity for hearing thereon,

IT IS HEREBY ORDERED THAT:

1. Relief from the automatic bankruptcy stay is GRANTED so as to allow the Debtor, Teresa M. Billig, to institute divorce proceedings against the Debtor, Timothy L. Billig, in the Court of Common Pleas of Lehigh County.

2. Such divorce proceedings may include the determination by the Court of Common Pleas of Lehigh County of the equitable distribution of the Debtors' assets or the establishment of an order for domestic support obligations. However, any determination of the equitable distribution of the Debtors' assets shall be subject to the final approval of this Court, provided that the instant bankruptcy proceeding is pending when such determination is made.

**Date:** **November 21, 2022**

BY THE COURT

*Patricia M. Mayer*
_____
**Patricia M. Mayer**
**United States Bankruptcy Judge**