**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | |
| **TIMOTHY L. BILLIG and** | : | **CHAPTER 12** |
| **TERESA M. BILLIG,** | : | |
| | : | |
| Debtors | : | **BKRTCY. NO. 20-12771 pmm** |

**WITHDRAWAL OF APPERANCE**

TO THE CLERK:

Please WITHDRAW my appearance for Teresa M. Billig, ONLY in the above matter. Ms. Billig is now represented by George Lutz, Esquire.

Respectfully submitted,

**LAW OFFICES OF**
**KEVIN K. KERCHER, ESQUIRE, P.C.**

Date: 11/28/2022         /s/ Kevin K. Kercher
Kevin K. Kercher, Esquire
881 Third Street, Suite #C-2
Whitehall, PA 18052
(610) 264-4120 Phone
(610) 264-2990 Fax