# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Timothy L. and Teresa M. Billig, | : | Chapter 12 |
| | : | |
| | : | Case No. 20-12771 (PMM) |
| | : | |
| Debtors. | : | |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

**AND NOW** upon consideration of Counsel Kevin K. Kercher, Esquire's Motion to Withdraw as Attorney (doc. #98, the "Motion") and the Debtor Timothy L. Billig ("Mr. Billig")'s Response thereto (doc. #105);

**AND** the Motion applying only to counsel's representation of Mr. Billig, see doc. #110 (entry of appearance of new counsel for Mrs. Billig only);

**AND** a hearing on the Motion having been held and concluded on December 20, 2022;

**AND** for the reasons stated at the hearing it is hereby **ordered** that:

1) The Motion is **granted**;

2) Mr. Billig shall have until **January 26, 2023** either to obtain new counsel or to advise the Court that he intends to proceed *pro se*; and

3) All proceedings in this case are hereby **stayed** until **January 26, 2023**.

Date:  December 20, 2022

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE

Copy to:
Timothy L. Billig
7861 Springhouse Rd
New Tripoli, PA 18066-4511