United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Timothy L. Billig  
Teresa M. Billig  
    Debtors

Case No. 20-12771-pmm  
Chapter 12

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Dec 21, 2022      Form ID: pdf900      Total Noticed: 2

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Timothy L. Billig, 7861 Springhouse Rd, New Tripoli, PA 18066-4511 |
| jdb | Teresa M. Billig, 683 Wilsontown Rd., Laurens, SC 29360-6600 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor United States of America Acting through USDA, Farm Service Agency, a successor agency to the Farmers Home Administration, United States Department of Agriculture bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHARLES LAPUTKA | on behalf of Creditor Nancy Billig claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com |
| CHARLES N. SHURR, JR. | on behalf of Creditor Fulton Bank N.A. cshurr@kozloffstoudt.com, dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com;lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com |
| DAVID FEIN | on behalf of Creditor Fulton Bank N.A. david.fein@fnf.com |
| EDEN R. BUCHER | on behalf of Creditor F.M. Brown & Sons Inc. ebucher@barley.com, cbrelje@barley.com |
| GARY F SEITZ | on behalf of Mediator Gary F. Seitz (Mediator) gseitz@gsbblaw.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 21, 2022 | Form ID: pdf900 | Total Noticed: 2 |

Gary F. Seitz (Mediator)
    gseitz@gsbblaw.com

George Meany Lutz
    on behalf of Joint Debtor Teresa M. Billig glutz@hvmllaw.com
    asantana@hvmllaw.com;HartmanValerianoMagovernLutzPC@jubileebk.net

JAMES RANDOLPH WOOD
    on behalf of Creditor Northwestern Lehigh School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com

KEVIN K. KERCHER
    on behalf of Debtor Timothy L. Billig kevinkk@kercherlaw.com kevin@kercherlaw.com

SCOTT F. WATERMAN (Chapter 12)
    ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 12)
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 12) ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 13)
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 12) ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:  Timothy L. and Teresa M. Billig,** | : | **Chapter 12** |
| | : | |
| | : | **Case No. 20-12771 (PMM)** |
| | : | |
| **Debtors.** | : | |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

**AND NOW** upon consideration of Counsel Kevin K. Kercher, Esquire's Motion to Withdraw as Attorney (doc. #98, the "Motion") and the Debtor Timothy L. Billig ("Mr. Billig")'s Response thereto (doc. #105);

**AND** the Motion applying only to counsel's representation of Mr. Billig, see doc. #110 (entry of appearance of new counsel for Mrs. Billig only);

**AND** a hearing on the Motion having been held and concluded on December 20, 2022;

**AND** for the reasons stated at the hearing it is hereby **ordered** that:

1) The Motion is **granted**;

2) Mr. Billig shall have until **January 26, 2023** either to obtain new counsel or to advise the Court that he intends to proceed *pro se*; and

3) All proceedings in this case are hereby **stayed** until **January 26, 2023**.

Date:  December 20, 2022

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:
Timothy L. Billig
7861 Springhouse Rd
New Tripoli, PA 18066-4511