**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
|    TIMOTHY L. BILLIG | : | Chapter 12 |
|    TERESA M. BILLIG | : | |
| | : | Bankruptcy No. 20-12771 PMM |
|            Debtors | : | |

**ENTRY OF APPEARANCE**

Please enter my appearance as counsel on behalf of Timothy L. Billig, Debtor, in the above bankruptcy proceeding.

Dated:  January 26, 2023            s/  David S. Gellert
                                                     David S. Gellert, Esquire
                                                     David S. Gellert, P.C.
                                                     Attorney for Debtor
                                                     3506 Perkiomen Avenue
                                                     Reading, PA 19606
                                                     (610) 779-8000
                                                     Fax: (610) 370-1393
                                                     dsgrdg@ptdprolog.net