*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Timothy L. Billig and Teresa M. Billig
    Debtor(s)

Case No: 20–12771–pmm

Chapter: 12

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Debtor's Objection to Certification of Default filed by Creditor Fulton Bank, N.A. Filed by Timothy L. Billig.

on: 3/7/23

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date:  2/8/23

Timothy B. McGrath
Clerk of Court