United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Timothy L. Billig  
Teresa M. Billig  
    Debtors

Case No. 20-12771-pmm  
Chapter 12

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 08, 2023 | Form ID: 167 | Total Noticed: 28 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Timothy L. Billig, 7861 Springhouse Rd, New Tripoli, PA 18066-4511 |
| jdb | | Teresa M. Billig, 683 Wilsontown Rd., Laurens, SC 29360-6600 |
| cr | + | F.M. Brown & Sons, Inc., c/o Eden R. Bucher, Esquire, Leisawitz Heller, 2755 Century Boulevard, Wyomissing, PA 19610-3346 |
| cr | + | Fulton Bank, N.A., c/o Charles N. Shurr, Jr., Esquire, Kozloff Stoudt, 2640 Westview Drive, Wyomissing, PA 19610-1186 |
| r | + | Kim Bonenfant, 1220 Broadcasting Road, Suite 201, Wyomissing, PA 19610-3221 |
| 14516912 | + | Bellco Federal Credit Union, c/o Charles N. Shurr, Jr., Esquire, 2640 Westview Drive, Wyomissing, PA 19610-1186 |
| 14519683 | + | F.M. Brown & Sons, Inc., c/o Eden R. Bucher, Esquire, 2755 Century Boulevard, Wyomissing, PA 19610-3346 |
| 14519314 | + | F.M. Brown & Sons, Inc., c/o Eden R. Bucher, Esquire, Leisawitz Heller Abramowitch Phillips, P, 2755 Century Boulevard, Wyomissing, PA 19610-3346 |
| 14514249 | | F.M. Brown's Sons, Inc., PO Box 67, Birdsboro, PA 19508-0067 |
| 14514250 | + | Farm Service Agency, 1238 County Welfare Rd, Leesport, PA 19533-9710 |
| 14514856 | + | Fulton Bank, N.A, c/o Charles N. Shurr, Jr., Esq., 2640 Westview Drive, Wyomissing, PA 19610-1186 |
| 14533564 | + | Fulton Bank, N.A. - Attn: Amy M. Custer, VP, One Penn Square, P.O. Box 4887, Lancaster, PA 17602-2853 |
| 14597876 | + | Fulton Bank, NA, c/o David Fein, Esq., 1515 Market St., Ste 1410, Philadelphia PA 19102-1913 |
| 14514252 | | Kozloff Stoudt, 2640 Westview Dr, Wyomissing, PA 19610-1186 |
| 14514253 | | Nancy Billig, c/o Nanc Lashua, 1424 Washington St, Schnecksville, PA 18078 |
| 14534806 | | Nancy L. Billig, c/o Nanc Lashua, 1424 Washington St, Schnecksville, PA 18078 |
| 14611773 | + | Nancy L. Billig, c/o Nanc Lashua, 4124 Washington St, Schnecksville, PA 18078-2115 |
| 14527357 | + | Northwestern Lehigh School District, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14527358 | + | Northwestern Lehigh School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14514254 | ++ | PEOPLE FIRST FEDERAL CREDIT UNION, 2141 DOWNYFLAKE LN, ALLENTOWN PA 18103-4799 address filed with court:, People First FCU, 2141 Downyflake Lane, Allentown, PA 18103-4774 |
| 14514255 | + | Portnoff Law Associates, PO Box 391, Norristown, PA 19404-0391 |
| 14732477 | + | Teresa M Billig, C/O George M. Lutz, Esquire, Hartman, Valeriano, Magovern & Lutz, PC, 1025 Berkshire Boulevard, Suite 700, P.O. Box 5828 Wyomissing, PA 19610-5828 |
| 14534466 | + | United States of America, acting, through USDA/Farm Service Agency, Berks Farm Service Agency, 1238 County Welfare Rd, Suite 240 Leesport, PA 19533-9710 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14751535 | + | Email/Text: dsgrdg@ptdprolog.net | Feb 08 2023 23:58:00 | David S. Gellert, Esquire, David S. Gellert, P.C., 3506 Perkiomen Avenue, Reading, PA 19606-2711 |
| 14514251 | | Email/Text: bankruptcy@fult.com | Feb 08 2023 23:59:00 | Fulton Bank, PO Box 69, East Petersburg, PA 17520-0069 |
| 14517923 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 09 2023 00:03:34 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14529461 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 08 2023 23:58:00 | United States of America,, Acting through USDA,, Farm Service Agency,, c/o Rebecca A. Solarz, Esq., 701 Market Street, Suite 5000, Philadelphia, |

| Recip ID | | | |
|---|---|---|---|
| 14528993 | ^ MEBN | Feb 08 2023 23:56:18 | PA 19106-1541<br>United States of America, Acting through USDA, Far, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 5

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Nancy Billig, c/o Nanc Lashua, 1424 Washington St, Schnecksville, PA 18078 |
| cr | *+ | Northwestern Lehigh School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14578672 | * | Nancy L. Billig, c/o Nanc Lashua, 1424 Washington St, Schnecksville, PA 18078 |
| 14527653 | *+ | Northwestern Lehigh School District, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2023        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor United States of America Acting through USDA, Farm Service Agency, a successor agency to the Farmers Home Administration, United States Department of Agriculture bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHARLES LAPUTKA | on behalf of Creditor Nancy Billig claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com |
| CHARLES N. SHURR, JR. | on behalf of Creditor Fulton Bank N.A. cshurr@kozloffstoudt.com, dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com;lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com |
| DAVID FEIN | on behalf of Creditor Fulton Bank N.A. david.fein@fnf.com |
| DAVID S. GELLERT | on behalf of Debtor Timothy L. Billig dsgrdg@ptdprolog.net |
| EDEN R. BUCHER | on behalf of Creditor F.M. Brown & Sons Inc. ebucher@barley.com, cbrelje@barley.com |
| GARY F SEITZ | on behalf of Mediator Gary F. Seitz (Mediator) gseitz@gsbblaw.com |
| Gary F. Seitz (Mediator) | gseitz@gsbblaw.com |
| George Meany Lutz | on behalf of Joint Debtor Teresa M. Billig glutz@hvmllaw.com |

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 08, 2023 | Form ID: 167 | Total Noticed: 28 |

asantana@hvmllaw.com;HartmanValerianoMagovernLutzPC@jubileebk.net

JAMES RANDOLPH WOOD
    on behalf of Creditor Northwestern Lehigh School District jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

SCOTT F. WATERMAN (Chapter 12)
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 12] ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 13)
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 12] ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 12]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Timothy L. Billig and Teresa M. Billig
    Debtor(s)

Case No: 20−12771−pmm
Chapter: 12

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Debtor's Objection to Certification of Default filed by Creditor Fulton Bank, N.A. Filed by Timothy L. Billig.

on: 3/7/23

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date: 2/8/23

Timothy B. McGrath
Clerk of Court

119 − 118
Form 167