# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    TIMOTHY L. BILLIG | : | Chapter 12 |
|    TERESA M. BILLIG | : | |
| | : | Bankruptcy No. 20-12771 PMM |
|              Debtors | : | |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Timothy L. Billig and Teresa M. Billig, through their attorneys, David S. Gellert, Esquire, of David S. Gellert, P.C., on behalf of Timothy L. Billig, and George M. Lutz, Esquire, of Hartman, Valeriano, Magovern & Lutz, P.C., on behalf of Teresa M. Billig have filed a Motion to Approve Breach of Contract Settlement with Raymond D. Ignosh Jr. Agency with the court.

1. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before **April 6, 2023, you or your attorney must file a response to the Motion.**  (See instructions on next page.)

3. **A hearing on the Motion** is scheduled to be held on **April 11, 2023 at 11:00 A.M. in the United States Bankruptcy Court, Fourth Floor Courtroom, Gateway Building, 201 Penn Street, Reading, PA 19601**.  Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing**.

4. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's Office at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

## Filing Instructions

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1,** you must file your response electronically.

8. **If you are not required to file electronically,** you must file your response at:

    United States Bankruptcy Court, Office of the Clerk
    Gateway Building, Suite 103
    201 Penn Street
    Reading, PA 19601

9. **If you mail your response** to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same date that you file or mail your response to the Motion, you must mail or deliver a copy of the response to Movant's Attorney:

    David S. Gellert, Esquire
    Attorney for Debtor, Timothy L. Billig
    David S. Gellert, P.C.
    3506 Perkiomen Avenue
    Reading, PA 19606
    (610) 779-8000
    Fax: 610-370-1393
    dsgrdg@ptdprolog.net

    George M. Lutz, Esquire
    Attorney for Debtor, Teresa M. Billig
    Hartman, Valeriano, Magovern & Lutz, P.C.
    1025 Berkshire Boulevard, Suite 700
    P. O. Box 5828
    Wyomissing, PA 19610
    (610) 763-0745
    glutz@hvmllaw.com

Dated: March 23, 2023            s/   David S. Gellert
                                                            David S. Gellert, Esquire
David S. Gellert, P.C.
3506 Perkiomen Avenue
Reading, PA 19606
610-779-8000
Fax: 610-370-1393
dsgrdg@ptdprolog.net

Dated: March 23, 2023             s/   George M. Lutz
George M. Lutz, Esquire
Hartman, Valeriano, Magovern & Lutz, P.C.
1025 Berkshire Boulevard, Suite 700
P. O. Box 5828
Wyomissing, PA 19610
(610) 763-0745
glutz@hvmllaw.com