# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    TIMOTHY L. BILLIG | : | Chapter 12 |
|    TERESA M. BILLIG | : | |
| | : | Bankruptcy No. 20-12771 PMM |
|               Debtors | : | |

## CERTIFICATION OF NO ANSWER

AND NOW, this 10th day of April, 2023, David S. Gellert, Esquire, of David S. Gellert, P.C., on behalf of Timothy L. Billig, and George M. Lutz, Esquire, of Hartman, Valeriano, Magovern & Lutz, P.C., on behalf of Teresa M. Billig, hereby certify that no answer was filed or served on them with respect to the Notice of Motion, Response Deadline and Hearing Date regarding the Debtors' Motion to Approve Breach of Contract Settlement with Raymond D. Ignosh Jr. Agency.

    s/ David S. Gellert
David S. Gellert, Esquire
David S. Gellert, P.C.
3506 Perkiomen Avenue
Reading, PA 19606
(610) 779-8000
Fax: (610) 370-1393
dsgrdg@ptdprolog.net

    s/ George M. Lutz
George M. Lutz, Esquire
I.D. 46437
Hartman, Valeriano, Magovern & Lutz, P.C.
1025 Berkshire Boulevard, Suite 700
P. O. Box 5828
Wyomissing, PA 19610
(610) 763-0745
glutz@hvmllaw.com