# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    TIMOTHY L. BILLIG | : | Chapter 12 |
|    TERESA M. BILLIG | : | |
| | : | Bankruptcy No. 20-12771 PMM |
|                 Debtors | : | |

## CERTIFICATION OF NO ANSWER

AND NOW, this 10th day of April, 2023, David S. Gellert, Esquire, of David S. Gellert, P.C., on behalf of Timothy L. Billig, and George M. Lutz, Esquire, of Hartman, Valeriano, Magovern & Lutz, P.C., on behalf of Teresa M. Billig, hereby certify that no answer was filed or served on them with respect to the Notice of Motion, Response Deadline and Hearing Date regarding the Debtors' Motion to Approve Breach of Contract Settlement with Nationwide Agribusiness Insurance - NAIC.

                                                  s/   David S. Gellert
                                                  David S. Gellert, Esquire
                                                  David S. Gellert, P.C.
                                                  3506 Perkiomen Avenue
                                                  Reading, PA 19606
                                                  (610) 779-8000
                                                  Fax: (610) 370-1393
                                                  dsgrdg@ptdprolog.net

                                                  s/   George M. Lutz
                                                  George M. Lutz, Esquire
                                                  I.D. 46437
                                                  Hartman, Valeriano, Magovern & Lutz, P.C.
                                                  1025 Berkshire Boulevard, Suite 700
                                                  P. O. Box 5828
                                                  Wyomissing, PA 19610
                                                  (610) 763-0745
                                                  glutz@hvmllaw.com