#### UNITED STATES BANKRUPTCY COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    TIMOTHY L. BILLIG | : | Chapter 12 |
|    TERESA M. BILLIG | : | |
| | : | Bankruptcy No. 20-12771 PMM |
|                  Debtors | : | |

### ORDER TO APPROVE BREACH OF CONTRACT SETTLEMENT

Upon consideration of the Debtors' Motion to Approve Breach of Contract Settlement with Nationwide Agribusiness Insurance - NAIC, and after notice and hearing, it is hereby

**ORDERED** that the Debtors' settlement of their breach of contract action against Nationwide Agribusiness Insurance - NAIC in the gross sum of $450,000.00 is hereby approved. It is further

**ORDERED** that Wheeler, DiUlio & Barnabei, P.C., counsel to the Debtors in the Breach of contract action, is hereby awarded the sum of $163,653.71 representing a fee of $157,500.00 and reimbursement of expenses of $6,153.71 pursuant to a Contingent Fee Agreement dated February 3, 2020. It is further

**ORDERED** that pursuant to the terms of the Debtors' confirmed Chapter 12 Plan as modified by this Court's Order dated July 12, 2022 approving a Stipulation between the Debtors and Fulton Bank, N.A., the remaining proceeds of $286,346.29 shall be paid to Fulton Bank, N.A., to reduce the outstanding principal balance of the Fulton Bank, N.A., obligation secured by the Debtors' real property.

BY THE COURT:

*Patricia M. Mayer*
_____
Patricia M. Mayer
United States Bankruptcy Judge

**Date: April 10, 2023**