UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    TIMOTHY L. BILLIG | : | Chapter 12 |
|    TERESA M. BILLIG | : | |
| | : | Bankruptcy No. 20-12771 PMM |
|                    Debtors | : | |

### ORDER TO APPROVE BREACH OF CONTRACT SETTLEMENT

Upon consideration of the Debtors' Motion to Approve Breach of Contract Settlement with Raymond D. Ignosh Jr. Agency, and after notice and hearing, it is hereby

**ORDERED** that the Debtors' settlement of their breach of contract action against the Raymond D. Ignosh Jr. Agency in the gross sum of $250,000.00 is hereby approved. It is further

**ORDERED** that Wheeler, DiUlio & Barnabei, P.C., counsel to the Debtors in the Breach of contract action, is hereby awarded the sum of $87,500.00 representing a fee of $87,500.00 pursuant to a Contingent Fee Agreement dated February 3, 2020. It is further

**ORDERED** that pursuant to the terms of the Debtors' confirmed Chapter 12 Plan as modified by this Court's Order dated July 12, 2022 approving a Stipulation between the Debtors and Fulton Bank, N.A., the remaining proceeds of $162,500.00 shall be paid to Fulton Bank, N.A., to reduce the outstanding principal balance of the Fulton Bank, N.A., obligation secured by the Debtors' real property.

BY THE COURT:

*Patricia M. Mayer*
_____
Patricia M. Mayer
United States Bankruptcy Judge

**Date: April 10, 2023**