United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12771-pmm |
| Timothy L. Billig | Chapter 12 |
| Teresa M. Billig | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 10, 2023 | Form ID: pdf900 | Total Noticed: 9 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Timothy L. Billig, 7861 Springhouse Rd, New Tripoli, PA 18066-4511 |
| jdb | | Teresa M. Billig, 683 Wilsontown Rd., Laurens, SC 29360-6600 |
| cr | + | F.M. Brown & Sons, Inc., c/o Eden R. Bucher, Esquire, Leisawitz Heller, 2755 Century Boulevard, Wyomissing, PA 19610-3346 |
| cr | + | Fulton Bank, N.A., c/o Charles N. Shurr, Jr., Esquire, Kozloff Stoudt, 2640 Westview Drive, Wyomissing, PA 19610-1186 |
| r | + | Kim Bonenfant, 1220 Broadcasting Road, Suite 201, Wyomissing, PA 19610-3221 |
| cr | | Nancy Billig, c/o Nanc Lashua, 1424 Washington St, Schnecksville, PA 18078 |
| cr | + | Northwestern Lehigh School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 10 2023 23:31:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 10 2023 23:31:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2023           Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2023 at the address(es) listed below:**

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 10, 2023 | Form ID: pdf900 | Total Noticed: 9 |

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor United States of America Acting through USDA, Farm Service Agency, a successor agency to the Farmers Home Administration, United States Department of Agriculture bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHARLES LAPUTKA | on behalf of Creditor Nancy Billig claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com |
| CHARLES N. SHURR, JR. | on behalf of Creditor Fulton Bank N.A. cshurr@kozloffstoudt.com, dgabala@kozloffstoudt.com;lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com |
| DAVID FEIN | on behalf of Creditor Fulton Bank N.A. david.fein@fnf.com |
| DAVID S. GELLERT | on behalf of Debtor Timothy L. Billig dsgrdg@ptdprolog.net |
| EDEN R. BUCHER | on behalf of Creditor F.M. Brown & Sons Inc. ebucher@barley.com, cbrelje@barley.com |
| GARY F SEITZ | on behalf of Mediator Gary F. Seitz (Mediator) gseitz@gsbblaw.com |
| Gary F. Seitz (Mediator) | gseitz@gsbblaw.com |
| George Meany Lutz | on behalf of Joint Debtor Teresa M. Billig glutz@hvmllaw.com asantana@hvmllaw.com;HartmanValerianoMagovernLutzPC@jubileebk.net |
| JAMES RANDOLPH WOOD | on behalf of Creditor Northwestern Lehigh School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| SCOTT F. WATERMAN (Chapter 12) | on behalf of Trustee SCOTT F. WATERMAN [Chapter 12] ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN (Chapter 13) | on behalf of Trustee SCOTT F. WATERMAN [Chapter 12] ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN [Chapter 12] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 14

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    TIMOTHY L. BILLIG | : | Chapter 12 |
|    TERESA M. BILLIG | : | |
| | : | Bankruptcy No. 20-12771 PMM |
|             Debtors | : | |

### ORDER TO APPROVE BREACH OF CONTRACT SETTLEMENT

Upon consideration of the Debtors' Motion to Approve Breach of Contract Settlement with Nationwide Agribusiness Insurance - NAIC, and after notice and hearing, it is hereby

**ORDERED** that the Debtors' settlement of their breach of contract action against Nationwide Agribusiness Insurance - NAIC in the gross sum of $450,000.00 is hereby approved. It is further

**ORDERED** that Wheeler, DiUlio & Barnabei, P.C., counsel to the Debtors in the Breach of contract action, is hereby awarded the sum of $163,653.71 representing a fee of $157,500.00 and reimbursement of expenses of $6,153.71 pursuant to a Contingent Fee Agreement dated February 3, 2020.  It is further

**ORDERED** that pursuant to the terms of the Debtors' confirmed Chapter 12 Plan as modified by this Court's Order dated July 12, 2022 approving a Stipulation between the Debtors and Fulton Bank, N.A., the remaining proceeds of $286,346.29 shall be paid to Fulton Bank, N.A., to reduce the outstanding principal balance of the Fulton Bank, N.A., obligation secured by the Debtors' real property.

BY THE COURT:

*Patricia M. Mayer*
_____
Patricia M. Mayer
United States Bankruptcy Judge

**Date: April 10, 2023**