UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                      :          Bankruptcy No. 20-12771
                                                            :
TIMOTHY L. BILLIG and                                       :
TERESA M. BILLIG,                                           :
                                                            :
                        Debtors                             :          Chapter 12

### ORDER FOR RELIEF FROM STAY

AND NOW, this __17th__ day of __May__, 2023, this matter having been brought before the Court upon the Certificate of Default filed by Fulton Bank, N.A. ("Bank"), for good and sufficient cause shown, it is hereby

ORDERED that the stay under 11 U.S.C. § 362(a) has been terminated as to the Debtors' real estate located at 7861 Springhouse Road, New Tripoli, Pennsylvania 18066 ("Real Estate"), and it is

FURTHER ORDERED that Fulton Bank, N.A. may exercise its state court remedies against the Real Estate, including without limitation scheduling the Real Estate for Sheriff's Sale; provided, however, that a Sheriff's Sale of the Real Estate may not be held before September 22, 2023.

BY THE COURT:

*Patricia M. Mayer*
———————————————
Patricia M. Mayer
United States Bankruptcy Judge