United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12771-pmm |
| Timothy L. Billig | Chapter 12 |
| Teresa M. Billig | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: May 18, 2023 | Form ID: pdf900 | Total Noticed: 2 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Timothy L. Billig, 7861 Springhouse Rd, New Tripoli, PA 18066-4511 |
| jdb | Teresa M. Billig, 683 Wilsontown Rd., Laurens, SC 29360-6600 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2023                    Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor United States of America Acting through USDA, Farm Service Agency, a successor agency to the Farmers Home Administration, United States Department of Agriculture bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHARLES LAPUTKA | on behalf of Creditor Nancy Billig claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com |
| CHARLES N. SHURR, JR. | on behalf of Creditor Fulton Bank N.A. cshurr@kozloffstoudt.com, dgabala@kozloffstoudt.com;lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com |
| DAVID FEIN | on behalf of Creditor Fulton Bank N.A. david.fein@fnf.com |
| DAVID S. GELLERT | on behalf of Debtor Timothy L. Billig dsgrdg@ptdprolog.net |
| EDEN R. BUCHER | on behalf of Creditor F.M. Brown & Sons Inc. ebucher@barley.com, cbrelje@barley.com |
| GARY F SEITZ | |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: May 18, 2023 | Form ID: pdf900 | Total Noticed: 2 |

        on behalf of Mediator Gary F. Seitz (Mediator) gseitz@gsbblaw.com

Gary F. Seitz (Mediator)
        gseitz@gsbblaw.com

George Meany Lutz
        on behalf of Joint Debtor Teresa M. Billig glutz@hvmllaw.com  HartmanValerianoMagovernLutzPC@jubileebk.net

JAMES RANDOLPH WOOD
        on behalf of Creditor Northwestern Lehigh School District jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

SCOTT F. WATERMAN (Chapter 12)
        on behalf of Trustee SCOTT F. WATERMAN [Chapter 12] ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 13)
        on behalf of Trustee SCOTT F. WATERMAN [Chapter 12] ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 12]
        ECFMail@ReadingCh13.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 20-12771 |
| | : | |
| TIMOTHY L. BILLIG and | : | |
| TERESA M. BILLIG, | : | |
| Debtors | : | Chapter 12 |

### ORDER FOR RELIEF FROM STAY

AND NOW, this __17th__ day of __May_____, 2023, this matter having been brought before the Court upon the Certificate of Default filed by Fulton Bank, N.A. ("Bank"), for good and sufficient cause shown, it is hereby

ORDERED that the stay under 11 U.S.C. § 362(a) has been terminated as to the Debtors' real estate located at 7861 Springhouse Road, New Tripoli, Pennsylvania 18066 ("Real Estate"), and it is

FURTHER ORDERED that Fulton Bank, N.A. may exercise its state court remedies against the Real Estate, including without limitation scheduling the Real Estate for Sheriff's Sale; provided, however, that a Sheriff's Sale of the Real Estate may not be held before September 22, 2023.

BY THE COURT:

*Patricia M. Mayer*
_____
Patricia M. Mayer
United States Bankruptcy Judge