# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
# READING DIVISION

| | |
|---|---|
| In re:<br><br>**TERESA M. BILLIG,**<br><br>**Debtor** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 20-12771 PMM** |

## WITHDRAWAL OF NOTICE OF MOTION

Debtor, Teresa M. Billig, by and through her counsel, George M. Lutz, Esquire and Hartman, Valeriano, Magovern & Lutz, P.C., hereby files this Withdrawal of Notice of Motion, and respectfully requests that the Notice of Motion, which was filed by the Debtor on May 19, 2023 and filed Docket Entry No. 137, be withdrawn.

**Date:** May 27, 2023

                                                **Respectfully submitted,**

                                                **Hartman, Valeriano, Magovern & Lutz, PC**

**by:**    /s/ George M. Lutz

                                                **George M. Lutz, Esquire**
                                                **1025 Berkshire Boulevard, Bldg. 700**
                                                **Wyomissing, PA  19610**
                                                **Pa. Attorney ID No.: 46437**