**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In re:<br><br>**TIMOTHY L. BILLIG AND<br>TERESA M. BILLIG,**<br><br>**Debtors** | **Chapter 12 Bankruptcy**<br><br>**Bankruptcy No. 20-12771 PMM** |

**REVISED NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

**TO:    ALL CREDITORS AND OTHER PARTIES IN INTEREST:**

> On May 19, 2023, Teresa Billig filed a motion ("Motion") with the Court (see Docket Entry No. 136) to authorize the auction of Real Property and Personal Property of the Debtors free and clear of liens and encumbrances, to employ Wagner Auction Service, LLC and Tracy Wagner (collectively "Wagner') as auctioneers for that purpose, to prohibit the Debtor-Husband from interfering with the requested auction, and to distribute the proceeds of the auction as more fully set forth in the Motion.
>
> The notice that was filed and served with the Motion (see Docket Entry No. 137) provided notice that a hearing on the Motion was scheduled for June 15, 2023. That notice was incorrect because it did not provide adequate time for parties opposing the Motion to respond. Accordingly, the Notice has been withdrawn, and the within Revised Notice has been filed and is being served in its place.
>
> The Motion remains unchanged and the hearing is now scheduled for June 20, 2023 at 11:00 am.

Please take notice that Teresa Billig has filed a motion ("Motion") with the Court to authorize the auction of Real Property and Personal Property of the Debtors free and clear of liens and encumbrances, and to employ Wagner Auction Service, LLC and Tracy Wagner (collectively "Wagner') as auctioneers for that purpose, and to prohibit the Debtor-Husband from interfering with the requested auction, and to distribute the proceeds of the auction as more fully set forth in the Motion.

YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have any attorney, you may wish to consult an attorney).

1. If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Motion, then on or before June 19, 2023 you or your attorney must do all of the following:

(a) file an answer explaining your position at Clerk, United States Bankruptcy Court for the Eastern District of Pennsylvania, The Gateway Building, 201 Penn Street, Suite 103, Reading, PA 19610. If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to the Movant's attorney at:

> George M. Lutz, Esquire
> Hartman, Valeriano, Magovern & Lutz, P.C.
> 1025 Berkshire Boulevard, Suite 700
> Wyomissing, PA 19610
> Ph.: 610-779-0772
> Fax: 610-779-7473

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Patricia M. Mayer on June 20, 2023 at 11:00 am in The Gateway Building, 4th Floor Courtroom, 201 Penn Street, Reading, PA 19601.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been canceled because no one has filed an answer.

Dated: May 27, 2023