**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In re:<br><br>**TERESA M. BILLIG,**<br><br>Debtor | **Chapter 12 Bankruptcy**<br><br>**Bankruptcy No. 20-12771 PMM** |

**DEBTOR, TERESA M. BILLIG'S, CONSENT TO CHAPTER 12 TRUSTEE'S MOTION TO SELL REAL ESTATE PURSUANT TO 11 U.S.C. § 1206**

The Co-Debtor, Teresa M. Billig, by and through her counsel, George M. Lutz, Esquire and Hartman, Magovern, Valeriano & Lutz, PC, hereby consents to and supports the Chapter 12 Trustee's Motion to Sell Real Estate Pursuant to 11 U.S.C. 1206 and in support thereof sets forth as follows:

1.      The Chapter 12 Trustee has filed an Expedited Motion to Sell Real Estate Pursuant to 11 U.S.C. 1206.  ("Chapter 12 Trustee's Motion").  ECF No. 144.

2.      Teresa Billig has reviewed the Chapter 12 Trustee's Motion and agrees that the proposed sale of the real property is in the best interest of the bankruptcy estate.  She further agrees that an expedited hearing is necessary and appropriate and joins in and supports the Chapter 12 Trustee's request for an expedited hearing.

3.      If the Court approves the sale of the real estate in accordance with the Chapter 12 Trustee's Motion, the Motion filed by Teresa Billig on May 19, 2023 (ECF No. 136) (the "Auction Motion") will be rendered moot to the extent that it addresses the auction of real estate.

4.      The Chapter 12 Trustee has requested that the Court hear the Chapter 12 Trustee's Motion on June 12, 2023 at 11:00 am.  This is the same date and time that the Court will hear the Auction Motion.  If the Court grants the Chapter 12 Trustee's request for an expedited hearing, the

Auction Motion can still be heard at that date and time, but Teresa Billig will only press that portion of the Auction Motion that addresses the auction of personal property.

5.      If the Court does not grant the Chapter 12 Trustee's request for an expedited hearing, Teresa Billig will request that the Court continue the Auction Motion to the same date and time as it schedules the Chapter 12 Trustee's Motion. However, as set forth above, Teresa Billig urges the Court to grant the Chapter 12 Trustee's request regarding scheduling of the Chapter 12 Trustee's Motion.

**Date:** June 9, 2023

**Respectfully submitted,**

**Hartman, Valeriano, Magovern & Lutz, PC**

**by:** */s/ George M. Lutz*

**George M. Lutz, Esquire**
**1025 Berkshire Boulevard, Suite 700**
**Wyomissing, PA 19610**
**Pa. Attorney ID No.: 46437**