**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Timothy L. Billig<br>Teresa M. Billig**<br>                    **Debtor(s)** | **BK NO. 20-12771 PMM**<br><br>**Chapter 12** |
| **United States of America, Acting through USDA, Farm Service Agency, a successor agency to the Farmers Home Administration, United States Department of Agriculture**<br>                    **Movant**<br>          vs.<br><br>**Timothy L. Billig<br>Teresa M. Billig**<br>                    **Debtor(s)**<br><br>**Scott F. Waterman**,<br>                    **Trustee** | **Related to   Doc. 136** |

**LIMITED OBJECTION OF THE UNITED STATES OF AMERICA, ACTING THROUGH USDA/FARM SERVICE AGENCY TO MOTION OF TERESA BILLIG TO AUTHORIZE THE AUCTION OF REAL ESTATE AND PERSONAL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES, TO AUTHORIZE THE EMPLOYMENT OF AN AUCTIONEER, AND TO PROHIBIT THE DEBTOR-HUSBAND FROM IMPENDING
THE PROPER CONDUCT OF THE AUCTION**

The United State of America, acting through USDA/Farm Service Agency (hereinafter "USDA"), through its counsel, KML Law Group, P.C., files this limited objection to the Motion of Teresa Billig to Authorize the Auction of Real Estate and Personal Property Free and Clear of Liens and Encumbrances, and states as follows:

1. This matter was initiated as a Chapter 12 Bankruptcy on June 25, 2020.  The Chapter 12 Plan was ultimately confirmed on December 10, 2020.

2. The USDA maintains a mortgage on the real property in question.

3. The USDA also has a security interest in the personal property debtor proposes to auction.

4. While the USDA does not object to the real property or personal property being sold, it does object to it being sold free and clear of the liens and encumbrances of

the USDA as there is no information regarding the reserve prices that are to be utilized in the auction.

5. The USDA would not object to the motion so long as the form of Order is clear that the sale is NOT free in clear of liens; or in the alternative, that the USDA claims must be satisfied in full from the sale.

Dated: June XX, 2023

/s/ *Brian C. Nicholas*
Brian C. Nicholas
Attorney I.D. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Timothy L. Billig**<br>**Teresa M. Billig**<br>                     **Debtor(s)** | **BK NO. 20-12771 PMM**<br><br>**Chapter 12** |
| **United States of America, Acting through USDA, Farm Service Agency, a successor agency to the Farmers Home Administration, United States Department of Agriculture**<br>                     **Movant**<br>     **vs.**<br><br>**Timothy L. Billig**<br>**Teresa M. Billig**<br>                     **Debtor(s)**<br><br>**Scott F. Waterman**,<br>                     **Trustee** | **Related to   Doc. 136** |

## CERTIFICATE OF SERVICE
## RESPONSE TO MOTION TO AUTHORIZE THE AUCTION OF REAL ESTATE AND PERSONAL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>June 9, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Timothy L. Billig
7861 Springhouse Road
New Tripoli, PA 18066-4511

Teresa M. Billig
683 Wilsontown Road
Laurens, SC 29360-660

<u>Trustee (via ECF)</u>
Scott F. Waterman
Chapter 12 Trustee
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606

<u>Attorney for Debtor(s) (via ECF)</u>
David S. Gellert
David S. Gellert P.C.
3506 Perkiomen Avenue
Reading, PA 19606

George M. Lutz, Esq.
Hartman, Valeriano, Magovern, Lutz, PC
1025 Berkshire Blvd., Suite 700
Wyomissing, PA 19610

Method of Service:  electronic means or first-class mail

Dated: <u>June 9, 2023</u>

                                                            **/s/** *Brian C. Nicholas*
                                                            Brian C. Nicholas
                                                            Attorney I.D. 317240
                                                            KML Law Group, P.C.
                                                            BNY Mellon Independence Center
                                                            701 Market Street, Suite 5000
                                                            Philadelphia, PA 19106