United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Timothy L. Billig  
Teresa M. Billig  
    Debtors

Case No. 20-12771-pmm  
Chapter 12

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Jun 09, 2023      Form ID: pdf900      Total Noticed: 2

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Timothy L. Billig, 7861 Springhouse Rd, New Tripoli, PA 18066-4511 |
| jdb | Teresa M. Billig, 683 Wilsontown Rd., Laurens, SC 29360-6600 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2023      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor United States of America Acting through USDA, Farm Service Agency, a successor agency to the Farmers Home Administration, United States Department of Agriculture bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHARLES LAPUTKA | on behalf of Creditor Nancy Billig claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com |
| CHARLES N. SHURR, JR. | on behalf of Creditor Fulton Bank N.A. cshurr@kozloffstoudt.com, dgabala@kozloffstoudt.com;lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com |
| DAVID FEIN | on behalf of Creditor Fulton Bank N.A. david.fein@fnf.com |
| DAVID S. GELLERT | on behalf of Debtor Timothy L. Billig dsgrdg@ptdprolog.net |
| EDEN R. BUCHER | on behalf of Creditor F.M. Brown & Sons Inc. ebucher@barley.com, cbrelje@barley.com |
| GARY F SEITZ | |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 09, 2023 | Form ID: pdf900 | Total Noticed: 2 |

on behalf of Mediator Gary F. Seitz (Mediator) gseitz@gsbblaw.com

Gary F. Seitz (Mediator)
    gseitz@gsbblaw.com

George Meany Lutz
    on behalf of Joint Debtor Teresa M. Billig glutz@hvmllaw.com HartmanValerianoMagovernLutzPC@jubileebk.net

JAMES RANDOLPH WOOD
    on behalf of Creditor Northwestern Lehigh School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com

SCOTT F. WATERMAN (Chapter 12)
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 12] ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 13)
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 12] ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 12]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| THOMAS L. BILLIG | : | Chapter 12 |
| TERESA M. BILLIG | : | |
| | : | Bankruptcy No. 20-12771-PMM |
| Debtors | : | |

# O R D E R

    **AND NOW**, upon consideration of Scott F Waterman, Chapter 12 Trustee's Expedited Motion to Sell Real Estate ("the Motion"), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider the Motion shall be held on **June 20, 2023, at 11:00 am, in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601**.

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant(s) shall serve the Motion and this Order on the U.S. Trustee, the individual Respondent(s) (if any), all secured creditors and all priority creditors by overnight mail, facsimile transmission or e-mail transmission no later than 5:00 p.m. on or before  Monday, June 12, 2023  . Service under this Paragraph is effective if made to each party identified above through the court's CM/ECF system.

5. The Movant(s) shall serve this Order and a Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including creditors, by regular mail no later than 5:00 p.m. on Monday, June 12, 2023          .

6. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

Date: **June 9, 2023**

                                                  /s/ Patricia M. Mayer
                                                  **PATRICIA M. MAYER**
                                                  **U.S. BANKRUPTCY JUDGE**