## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| THOMAS L. BILLIG | : | Chapter 12 |
| TERESA M. BILLIG | : | |
| | : | Bankruptcy No. 20-12771-PMM |
| Debtors | : | |

### CERTIFICATE OF SERVICE OF JUNE 9, 2023 ORDER SCHEDULING HEARING ON MOTION TO SELL REAL ESTATE FOR JUNE 20, 2023

I, Scott F. Waterman, Esquire do hereby certify that on this date a true and correct copy of the June 9, 2023 Scheduling Order along with the Chapter 12 Trustee's Expedited Motion to Sell Real Estate has been served by first class mail posted upon those listed below except where noted:

Timothy L. Billig
7861 Springhouse Road
New Tripoli, PA 18066

Teresa Billig
683 Wilsontown Road
Laurens, SC  29360-6600

Nancy L. Billig
c/o Nanc Lashua
1424 Washington St
Schnecksville, PA 18078


United States of America, acting
through USDA/Farm Service Agency
Berks Farm Service Agency
1238 County Welfare Rd
Suite 240
Leesport, PA 19533

1

Fulton Bank, N.A. –
Attn: Amy M. Custer, VP
One Penn Square, P.O. Box 4887
Lancaster, PA 17602

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

**Electronically via email on June 13, 2023**

claputka@laputkalaw.com
Charles Laputka, Esquire
Laputka Law Office, LLC
1344 West Hamilton Street
Allentown, Pennsylvania 18102
*(Counsel for Nancy Billig)*

**Electronically via ECF/System on June 9, 2023:**

George Meany Lutz, Esquire
Hartman, Valeriano, Magovern & Lutz, P.C.
1025 Berkshire Blvd.
Ste. 700
Wyomissing, PA 19610
*(Counsel from Teresa M. Billig)*

David S. Gellert, Esquire
David S. Gellert PC
3506 Perkiomen Avenue
Reading, PA 19606
*(Counsel for Timothy L. Billig)*

Charles N. Shurr, Jr., Esquire
Kozloff Stoudt
2640 Westview Drive
Wyomissing, PA  19610
*(Counsel for Fulton Bank)*

Eden R. Bucher, Esquire
Leisawitz Heller Abramowitch Phillips, P.C.
2755 Century Boulevard
Wyomissing, PA 19610
*(Counsel for F. M. Brown and Sons, Inc.)*
James R. Wood, Esquire
Portnoff Law Associates, Ltd.
2700 Horizon Drive, Suite 100
King of Prussia, PA 19406
*(Counsel for Northwestern Lehigh School District)*


Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
*(Counsel for Berks County Farm Service Agency)*


Office of the United States Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
Suite 320
Philadelphia, PA 19107



Dated: June 13, 2023                                     */s/Scott F. Waterman*
                                                          Scott F. Waterman, Esq.