Dear Honorable Judge, Patricia Mayer.
June 16, 2023



    I just wanted to let you know how I felt about this bankruptcy. And my questions. I do not know the law but I do not feel the attorney's involved are understanding our questions. When we originally had Kevin Kercher for the first bankruptcy case - Chapter 13. We tried to understand what it was all about. And we were in that Chapter 13 until Kevin took us out of that chapter. We never knew why he took us out of that chapter. But when it was coming up for foreclosure in June of 2020. I Teresa, was the one who left Kevin Kercher know that the farm was going to sheriffs' sale. So, on June 25, 2020 he filed chapter 12 for us to stop the sale. He had us sign papers so he could put them to the new bankruptcy case, # 20-12771. But they were all blank and we really did not know what we were signing. I do not know what the difference is between the two chapters. I feel that we are getting a raw deal with this sale. I understand that the appraisal is only 1,150,000.00. But I did not get a copy of the appraisal so I am only going by what my attorney has given to me. I do feel that if the property would go to a farm sale that we could get more. Because then the two neighbors that have land that lay alongside of our property would probably come and bid on it because their land lays against our land. And both of those neighbors, years ago had come to Tim and offered to buy it for more than the 1.2 million that is on the table right now. I also need to let you know that on February 13th I had a car accident, and I was told that I had a concussion. Which is why I do not remember saying yes to this sale of the farm. I have been having a lot of problems remembering things. The reason I say all this is because I know that there will not be much left for us to split after the divorce, and with all my health problems, I need to make sure I have a little something to retire on.

Now I need to let you know that if Fulton Bank would have given us the pay-off when we had the first hearing maybe Tim could have gotten them the rest of what is owed to them, and get refinanced. But no one at Fulton Bank, nor our lawyers or Fulton's lawyer would give us the balance owed. Back in January when we received our notice for taxes it said that we owed principal of $582,502.42 and the other paper we had was from the Eastern District of Pa. Claims Register which showed a balance of $669,53.52. So, we thought that if we knew what the balance was so we could pay them off, and take it out of bankruptcy like Kevin Kercher did on the chapter 13 that we filed. But we then received a payoff page with all kinds of figures on it. First the top figure must have been $773,540.21 which it does not show and then they took off the first payment from Ignosh Agent of $162,500.00 which left $611,040.21. We thought that the payoff would have been $611,040.21 then they would subtract the Ignosh payment of $162,500.00 and the nationwide check for $286.346.29. and we would have a balance of $162,193.92. This is where my son Daniel would have gotten a loan and paid Fulton off and then we would have asked for it to be taken out of bankruptcy, because Kevin did that with chapter 13. Fulton Bank has never given us any paperwork since we are in bankruptcy. Nor did they let us know at any of the hearings, or when I called them what the payoff figure is. And believe me I have asked both Fulton Bank and the lawyers. Tim had already contacted FSA, and FM Browns and they both said if he pays the payments, they would go along with it. Also, on Fulton's payoff sheet they have listed $104,739.92 as interest where does this figure come from because I was disputing their Tax sheet that also shows a figure of $50,600.44 of which I do not know how they got that figure. Nor did they let us know. Tim and I both were trying to get someone to explain it to us. I called the phone number from the tax sheet. No one could help me, then we went to the bank and again no

one could help us figure it out. Kevin Kercher was supposed to put $15,000.00 on the principal back in April of 2022, I have enclosed copies of the checks. But Fulton Bank cannot tell us where it is or if it was applied to the interest. This is why I am telling you this, because we would really like to know for our taxes. Or what the insurance fees were for, and the appraisal fees. We do not even know when someone was out to do an appraisal. When did this all accrue?

Please I understand they need to be paid but don't we have a right to have all the information. Also, I do want to sell the farm and get my divorce but I would like to have a little something to live on.

Sincerely,

*Teresa Billig*

Teresa Billig

# Fulton Bank

LISTENING IS JUST THE BEGINNING.

Loan Payoff                                                                                06/01/2023

**Customer Name:**  Timothy Billig and Teresa Billig

**Loan Type:**  Commercial

**Account Number:** 53246689002

| | |
|---|---:|
| Principal | $439,606.59 |
| Interest | $104,739.92 |
| Late Fees | $10,413.97 |
| Insurance Fees | $4,797.29 |
| Lien Search Fees | $87.00 |
| * Legal Fees | $41,994.69 |
| Appraisal Fees | $9,300.00 |
| ** Closing Cost Recovery/ Satisfaction Fees and Costs | $100.75 |
| *** Total Payoff | $611,040.21 |
| This quote effective until: | 06/02/2023 |
| Per diem | $59.10 |

If you have further questions regarding this payoff quote, please contact us at 1.800.385.8664. **Our customer's signed authorization** is required in order to terminate any Line of Credit. This authorization may be included with the remittance. If proper authorization is not provided, payment will be applied, but Lines of Credit will not be closed or satisfied.

* Due to pending legal fees, you must notify us 24 hours prior to issuing a payoff check to obtain updated legal fees owed.
** Refer to original Conditional Waiver of Closing Cost Addendum for itemization.
*** Any payments or advances will render this payoff quote void.

**Please mail payments to:**    Fulton Bank, N.A.
                                1695 State Street
                                East Petersburg, PA 17520

If we can be of any additional service please let us know.

**Sincerely,**
*Tim*
**Direct Banking Center**

FULTON BANK N.A.
P.O. BOX 4887
LANCASTER PA 17604

IMPORTANT TAX RETURN DOCUMENT ENCLOSED
Temp Return Service Requested

FEDERAL ID NUMBER: 23-1928421
DIRECT INQUIRIES TO:(800) 385-8664

5582 1 AB 0.491 22

TIMOTHY BILLIG
AND TERESA BILLIG
7861 SPRINGHOUSE RD
NEW TRIPOLI, PA 18066-4511

01-06-2023
PAGE    1

OMB NO. 1545-1380

2022 MORTGAGE INTEREST STATEMENT

FORM 1098
FOR CALENDAR YEAR 2022
PAYERS SOCIAL SECURITY NUMBER
XXX-XX-9806

| NOTE NUMBER | NOTE DATE | MATURITY DATE | CURRENT INT RATE | | |
|---|---|---|---|---|---|
| | | | | YEAR END BALANCE | |
| | | | | INTEREST PAID | |
| | | | | BEGINNING YEAR BALANCE | |
| | | | | ORIGINATION DATE | |
| | | | | INTEREST REFUNDED | |
| | | | | MORTGAGE INSURANCE | |
| | | | | MORTGAGE POINTS | |
| * XXXXXXX9002 | 11-27-17 | 11-27-37 | 4.84000 | 582,502.42 | BOX 1 |
| | | | | 50,600.44 | BOX 2 |
| | | | | 582,641.45 | BOX 3 |
| | | | | 11-27-17 | BOX 4 |
| | | | | .00 | BOX 5 |
| | | | | .00 | BOX 6 |
| | | | | .00 | |

BOX 7 - IS ADDRESS OF PROPERTY SECURING MORTGAGE SAME AS
PAYER'S/BORROWER'S ADDRESS?
IF YES, BOX IS CHECKED    X
IF NO, SEE BOX 8 BELOW
BOX 8 - ADDRESS OF PROPERTY SECURING MORTGAGE
IF PROPERTY SECURING MORTGAGE HAS NO ADDRESS,
BELOW IS THE DESCRIPTION OF THE PROPERTY

BOX 9 - NUMBER OF MORTGAGED PROPERTIES

.00    BOX 10
BOX 11

FULTON BANK
P.O. BOX 4887
LANCASTER PA 17604

FEDERAL ID NUMBER: 23-1928421
DIRECT INQUIRIES TO: (800) 385-8664

TIMOTHY BILLIG
AND TERESA BILLIG
7861 SPRINGHOUSE RD
NEW TRIPOLI PA 18066-4511

01-06-2023
PAGE    2

OMB NO. 1545-1380

FORM 1098
FOR CALENDAR YEAR 2022
PAYERS SOCIAL SECURITY NUMBER
XXX-XX-9806

2022 MORTGAGE INTEREST STATEMENT

| NOTE NUMBER | NOTE DATE | MATURITY DATE | CURRENT INT RATE | YEAR END BALANCE INTEREST PAID BEGINNING YEAR BALANCE ORIGINATION DATE INTEREST REFUNDED MORTGAGE INSURANCE MORTGAGE POINTS |

BOX 1 - MORTGAGE INTEREST RECEIVED FROM PAYER(S)/BORROWER(S)     0000
BOX 2 - OUTSTANDING MORTGAGE PRINCIPAL
BOX 3 - MORTGAGE ORIGINATION DATE
BOX 4 - REFUND OF OVERPAID INTEREST
BOX 5 - MORTGAGE INSURANCE PREMIUMS
BOX 6 - POINTS PAID ON PURCHASE OF PRINCIPAL RESIDENCE
BOX 10 - REAL ESTATE TAXES PAID
BOX 11 - MORTGAGE ACQUISITION DATE

THE INFORMATION IN BOXES 1 THROUGH 9 AND 11 IS IMPORTANT TAX INFORMATION AND IS BEING FURNISHED TO THE INTERNAL REVENUE SERVICE. IF YOU ARE REQUIRED TO FILE A RETURN, A NEGLIGENCE PENALTY OR OTHER SANCTION MAY BE IMPOSED ON YOU IF THE IRS DETERMINES THAT AN UNDERPAYMENT OF TAX RESULTS BECAUSE YOU OVERSTATED A DEDUCTION FOR THIS MORTGAGE INTEREST OR FOR THESE POINTS REPORTED IN BOXES 1 AND 6; OR BECAUSE YOU DID NOT REPORT THE REFUND OF INTEREST (BOX 4); OR BECAUSE YOU CLAIMED A NON-DEDUCTIBLE ITEM.

** CAUTION: THE AMOUNT SHOWN MAY NOT BE FULLY DEDUCTIBLE BY YOU. LIMITS BASED ON THE LOAN AMOUNT AND THE COST AND VALUE OF THE SECURED PROPERTY MAY APPLY. ALSO, YOU MAY ONLY DEDUCT INTEREST TO THE EXTENT IT WAS INCURRED BY YOU, ACTUALLY PAID BY YOU, AND NOT REIMBURSED BY ANOTHER PERSON.

THIS STATEMENT SERVES AS YOUR MORTGAGE INTEREST STATEMENT (FORM 1098).
COPY B, FOR PAYER
KEEP FOR YOUR RECORDS
DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE

BILLIG FARMS
TIMOTHY L. BILLIG
7861 Springhouse Road
New Tripoli, PA 18066

1030
60-1279/313

DATE 4-14-22

PAY TO THE ORDER OF: Kevin K Karcher    $ 8000.00

Eight Thousand ———————————— 00/100 DOLLARS

New Tripoli Bank

Signature: T Billig

MEMO: _____

⑆001030⑆ ⑈031312796⑈  275832535⑆

---

[Back of check endorsement:]

PAY TO THE ORDER OF
LAFAYETTE AMBASSADOR
FOR DEPOSIT ONLY
KEVIN K. KERCHER, ESQ.
6470257

18520000311 344 031301422< F8

**BILLIG FARMS**
**TIMOTHY L. BILLIG**
7861 Springhouse Road
New Tripoli, PA 18066

1035
60-1279/313

DATE 4-25-22

PAY TO THE ORDER OF: Kevin Kercher    $ 7000.00

Seven Thousand ——————————— 00/100 DOLLARS

New Tripoli Bank

MEMO: _____    /s/ Timothy Billig

⑆001035⑆ ⑈031312796⑈  275832535⑈

---

Endorsement (reverse):

ENDORSE HERE
X _____

PAY TO THE ORDER OF:
LAFAYETTE AMBASSADOR
FOR DEPOSIT ONLY
KEVIN K. KERCHER, ESQ.
6470287

☐ CHECK HERE IF MOBILE DEPOSIT

FOR MOBILE DEPOSIT ONLY TO
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

**FULTON BANK N. A.**
P.O. BOX 4887
LANCASTER PA   17604

*IMPORTANT TAX RETURN*
*DOCUMENT ENCLOSED*

Temp-Return Service Requested

FEDERAL ID NUMBER:   23-1928421
DIRECT INQUIRIES TO:   (800) 385-8664



018260 0.6400 AB 0.461      TR00078
TIMOTHY BILLIG
AND TERESA BILLIG
7861 SPRINGHOUSE RD
NEW TRIPOLI, PA 18066-4511

```
                                                        01-07-2022
                                                        PAGE    1

                                                    OMB NO. 1545-1380

                    2021 MORTGAGE INTEREST STATEMENT      FORM 1098

                                        PAYERS SOCIAL SECURITY NUMBER
                                                         XXX-XX-9806

   NOTE      NOTE     MATURITY   CURRENT      YEAR END BALANCE
  NUMBER     DATE       DATE     INT RATE        INTEREST PAID
                                           BEGINNING YEAR BALANCE
                                              ORIGINATION DATE
                                              INTEREST REFUNDED
                                              MORTGAGE INSURANCE
                                              MORTGAGE POINTS

* XXXXXX89002  11-27-17 11-27-37  9.84000           582,641.45
                                                     47,460.25   BOX 1
                                                    582,641.45   BOX 2
                                                      11-27-17   BOX 3
                                                           .00   BOX 4
                                                           .00   BOX 5
                                                           .00   BOX 6
```

BOX 7  - IS ADDRESS OF PROPERTY SECURING MORTGAGE SAME AS
         PAYER'S/BORROWER'S ADDRESS?
         IF YES, BOX IS CHECKED    X
         IF NO, SEE BOX 8 BELOW
BOX 8  - ADDRESS OF PROPERTY SECURING MORTGAGE
         IF PROPERTY SECURING MORTGAGE HAS NO ADDRESS,
         BELOW IS THE DESCRIPTION OF THE PROPERTY

BOX 9  - NUMBER OF MORTGAGED PROPERTIES

                                                           .00  BOX 10
                                                                BOX 11

| | | |
|---|---|---|
| Creditor: (14533564)<br>Fulton Bank, N.A. - Attn: Amy M. Custer, VP<br>One Penn Square, P.O. Box 4887<br>Lancaster, PA 17602 | Claim No: 4<br>Original Filed<br>Date: 08/31/2020<br>Original Entered<br>Date: 08/31/2020 | Status:<br>Filed by: CR<br>Entered by: CHARLES N. SHURR, JR.<br>Modified: 09/01/2020 |

Amount claimed: $669,503.52
Secured claimed: $669,503.52

History:
Details  4-1  08/31/2020  Claim #4 filed by Fulton Bank, N.A. - Attn: Amy M. Custer, VP, Amount claimed: $669503.52 (SHURR, CHARLES)

Description: (4-1) Secured POC
Remarks: (4-1) arrears $63,920.44

| | | |
|---|---|---|
| Creditor: (14514253) History<br>Nancy Billig<br>c/o Nanc Lashua<br>1424 Washington St<br>Schnecksville, PA 18078 | Claim No: 6<br>Original Filed<br>Date: 09/02/2020<br>Original Entered<br>Date: 09/02/2020 | Status:<br>Filed by: CR<br>Entered by: CHARLES LAPUTKA<br>Modified: 09/03/2020 |

Amount claimed: $90,859.09
Secured claimed: $90,859.09

History:
Details  6-1  09/02/2020  Claim #6 filed by Nancy Billig, Amount claimed: $90859.09 (LAPUTKA, CHARLES)

Description: (6-1) arrears
Remarks:

## Claims Register Summary

Case Name: Timothy L. Billig and Teresa M. Billig
Case Number: 20-12771-pmm
Chapter: 12
Date Filed: 06/25/2020
Total Number Of Claims: 5

| Total Amount Claimed* | $894,511.77 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

The values are reflective of the data entered. Always refer to claim documents for actual amounts.

| | Claimed | Allowed |
|---|---|---|
| Secured | $783,854.48 | |
| Priority | | |
| Administrative | | |
| Unassigned (unsecured) | $110,657.29 | $0.00 |

PACER Service Center