United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                    Case No. 20-12771-pmm

Timothy L. Billig                                                         Chapter 12

Teresa M. Billig

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4                     User: admin                                  Page 1 of 2

Date Rcvd: Jun 21, 2023                  Form ID: pdf900                          Total Noticed: 2

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2023:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | Timothy L. Billig, 7861 Springhouse Rd, New Tripoli, PA 18066-4511 |
| jdb | Teresa M. Billig, 683 Wilsontown Rd., Laurens, SC 29360-6600 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor United States of America  Acting through USDA, Farm Service Agency, a successor agency to the Farmers Home Administration, United States Department of Agriculture bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHARLES LAPUTKA | on behalf of Creditor Nancy Billig claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com |
| CHARLES N. SHURR, JR. | on behalf of Creditor Fulton Bank  N.A. cshurr@kozloffstoudt.com, dgabala@kozloffstoudt.com;lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com |
| DAVID FEIN | on behalf of Creditor Fulton Bank  N.A. david.fein@fnf.com |
| DAVID S. GELLERT | on behalf of Debtor Timothy L. Billig dsgrdg@ptdprolog.net |
| EDEN R. BUCHER | on behalf of Creditor F.M. Brown & Sons  Inc. ebucher@barley.com, cbrelje@barley.com |
| GARY F SEITZ | |

District/off: 0313-4
User: admin
Page 2 of 2

Date Rcvd: Jun 21, 2023
Form ID: pdf900
Total Noticed: 2

on behalf of Mediator Gary F. Seitz (Mediator) gseitz@gsbblaw.com

Gary F. Seitz (Mediator)

gseitz@gsbblaw.com

George Meany Lutz

on behalf of Joint Debtor Teresa M. Billig glutz@hvmllaw.com  HartmanValerianoMagovernLutzPC@jubileebk.net

JAMES RANDOLPH WOOD

on behalf of Creditor Northwestern Lehigh School District jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

SCOTT F. WATERMAN (Chapter 12)

on behalf of Trustee SCOTT F. WATERMAN [Chapter 12] swaterman@readingch13.com

SCOTT F. WATERMAN (Chapter 13)

on behalf of Trustee SCOTT F. WATERMAN [Chapter 12] ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 12]

swaterman@readingch13.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| TIMOTHY L. | : | Chapter 12 |
| BILLIG  AND | : | |
| TERESA M. BILLIG | : | Bankruptcy No.  20-12771-PMM |
| Debtors | : | |

### AMENDED ORDER GRANTING MOTION TO SELL

AND NOW, upon consideration of Scott F. Waterman, Esquire, Chapter 12 Trustee's

Motion to Sell Real Estate located at 7861 Springhouse Road, New Tripoli, Lehigh County, PA

18066  ("Property") free and clear of liens to Wagner Family Farms or it assignee ("Purchaser")

pursuant to 11 U.S.C. §1206 and 11 U.S.C.  §363(b), and after notice and a hearing

IT IS HEREBY ORDERED that said Motion is approved and the Trustee is authorized

to sell the Property to the Purchaser free and clear of liens and encumbrances pursuant to 11

U.S.C. §363.  Liens shall attach to the proceeds of sale in the same order of priority as provided

by Pennsylvania Lien Priority Law.

IT IS FURTHER ORDERED that the Property will be sold for the price of $1,200,000.00

and that the Purchaser shall pay within five (5) days of this Order the amount of $25,000.00

deposit in accordance with the Agreement of Sale to be held by Seller's Realtor.

IT IS FURTHER ORDERED that the Purchaser will pay the balance due, in the amount

of $1,175,000.00, and that closing shall take place on or before July 17, 2023, unless the date is

changed by agreement between the Trustee and the Purchaser.

IT IS FURTHER ORDERED that the title company is authorized to pay at settlement the

customary expenses of sale and real estate commissions of 5% to be split equally between Kim

Bonenfant of United Real Estate Strive 212 (Sellers' agent) and Keith Snyder (buyer's agent).

IT IS FURTHER ORDERED THAT such sale is exempt from the payment of state and local realty transfer taxes pursuant to 11 U.S.C. §1231.

IT IS FURTHER ORDERED THAT the Debtors or Trustee shall convey title to the Property to the Purchaser, by Warranty Deed, at closing, and that the conveyance is free and clear of all liens against the Property with the liens attaching to the proceeds.

IT IS FURTHER ORDERED THAT at the closing all real estate taxes and the liens owed to Fulton Bank and Berks Farm Services Agency shall be paid in full and satisfied.

IT IS FURTHER ORDERED THAT at the closing Timothy L. Billig and Teresa M. Billig shall each receive a separate check in the amount of $27,675.00 representing their allowable exemptions of the Property under 11 U.S.C. §522(d) the Bankruptcy Code.

IT IS FURTHER ORDERED THAT at the closing Scott F. Waterman, Chapter 12 Trustee shall receive a check in the amount of $54,972.75 to allow him to pay the remaining unsecured claims in full.

IT IS FURTHER ORDERED THAT at the closing Scott F. Waterman, Chapter 12 Trustee shall receive a second check in the amount of $120,000.00 to be placed in escrow pending the final determination of the Objection to the Proof of Claim No. 6 of Nancy Billig.

IT IS FURTHER ORDERED THAT any remaining balance of the net proceeds shall be paid to Scott Waterman, Chapter 12 Trustee to be held in escrow, and those funds shall be split equally between the two Debtors.  The escrowed balances will be released separately to each Debtor upon receipt of a Certification by the Buyer that either each Debtor has vacated the Property or arrangements have been made to allow one of the Debtors to remain and or lease a portion of the Property.

IT IS FURTHER ORDERED that either the Debtors and or Scott F. Waterman, Chapter 12 Trustee are empowered to and shall execute all instruments necessary to effectuate transfer of the Property, including the Deed and any other required documents.

BY THE COURT:

6/21/23
Dated

_____
Hon. Patricia M. Mayer
U.S. Bankruptcy Judge