# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
# READING DIVISION

| | |
|---|---|
| In re:<br><br>**TIMOTHY L. BILLIG AND TERESA M. BILLIG,**<br><br>**Debtors** | **Chapter 12 Bankruptcy**<br><br>**Bankruptcy No. 20-12771 PMM** |

## WITHDRAWAL OF MOTION TO AUTHORIZE AUCTION OF REAL ESTATE AND PERSONAL PROPERY, ET AL

Debtor, Teresa M. Billig, by and through her counsel, George M. Lutz, Esquire and Hartman, Valeriano, Magovern & Lutz, P.C., hereby respectfully requests that the Motion to Authorize Auction of Real Estate and Personal Property, et al, which was filed on May 19, 2023 to ECF No. 136, be withdrawn.

**Date:** July 18, 2023

**Respectfully submitted,**

**Hartman, Valeriano, Magovern & Lutz, PC**

**by:** /s/ George M. Lutz

**George M. Lutz, Esquire**
**1025 Berkshire Boulevard, Bldg. 700**
**Wyomissing, PA  19610**
**Pa. Attorney ID No.: 46437**