*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Timothy L. Billig and Teresa
M. Billig

     Debtor(s)

Case No: 20–12771–pmm

Chapter: 12

---

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Patricia M. Mayer , United States Bankruptcy Judge to consider:

Objection to Claim Number 6 by Claimant Nancy Billig. Filed by
Teresa M. Billig, Timothy L. Billig.

on: 10/3/23

at: 01:00 PM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date:  8/23/23

Timothy B. McGrath
Clerk of Court