UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
                                                    :
   THOMAS L. BILLIG                                 :        Chapter 12
   TERESA M. BILLIG                                 :
                                                    :        Bankruptcy No.  20-12771-PMM
              Debtors                              :

**ORDER**

AND NOW, in consideration of the Chapter 12 Trustee's Application for Reimbursement of Expenses, it is hereby ORDERED that the Applicant receive the amount of $188.00 from the funds held by the Chapter 12 Trustee as reimbursement of expenses.

BY THE COURT:

8/25/23
_____                                  _____
Dated                                       Patricia M. Mayer, Bankruptcy Judge