**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| THOMAS L. BILLIG | : | Chapter 12 |
| TERESA M. BILLIG | : | |
| | : | Bankruptcy No.  20-12771-PMM |
| Debtors | : | |

## ORDER

AND NOW, upon consideration of Scott F. Waterman, Esquire, Chapter 12 Trustee's Motion to Disburse funds to Kevin Kercher, Esquire, and after notice and a hearing, if any

IT IS HEREBY ORDERED that said Motion is **GRANTED.**

The Chapter 12 Trustee is authorized to disburse $7,000.00 to Kevin Kercher, Esquire in accordance with the November 4, 2022 Fee Order, and the Chapter 12 Trustee is entitled to pay himself a fee of $350.00 from the remaining estate funds representing his 5% allowed Trustee Fee in accordance with the terms of the confirmed plan.

BY THE COURT:

**September 7, 2023**
_____       _____
Dated                                                        Patricia M. Mayer, Bankruptcy Judge