# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Timothy L. and Teresa M. Billig, | : | Chapter 12 |
| | : | |
| | : | Case No. 20-12771 (PMM) |
| | : | |
| **Debtors.** | : | |

---

## ORDER ACCOMPANYING OPINION

**AND NOW**, upon consideration of the Debtors' Objection (doc. #76, the "Objection") to Proof of Claim Number 6 (the "Proof of Claim") filed by Nancy Billig;

AND a hearing with regard to the Objection having been held and concluded on October 3, 2023;

AND for the reasons stated in the accompanying Memorandum Opinion:

It is hereby **ORDERED** that:

1) the Objection is **overruled in part and sustained in part**; and

2) The Proof of Claim is allowed in the amount of **$8,764.87.**

Date: January 3, 2024

*Patricia M. Mayer*
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**