United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12771-pmm |
| Timothy L. Billig | Chapter 12 |
| Teresa M. Billig | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 03, 2024 | Form ID: pdf900 | Total Noticed: 10 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Timothy L. Billig, 7861 Springhouse Rd, New Tripoli, PA 18066-4511 |
| jdb | | Teresa M. Billig, 683 Wilsontown Rd., Laurens, SC 29360-6600 |
| cr | + | F.M. Brown & Sons, Inc., c/o Eden R. Bucher, Esquire, Leisawitz Heller, 2755 Century Boulevard, Wyomissing, PA 19610-3346 |
| cr | + | Fulton Bank, N.A., c/o Charles N. Shurr, Jr., Esquire, Kozloff Stoudt, 2640 Westview Drive, Wyomissing, PA 19610-1186 |
| intp | + | George Billig, 7861 Spring House Road, New Tripoli, PA 18066-4511 |
| r | + | Kim Bonenfant, 1220 Broadcasting Road, Suite 201, Wyomissing, PA 19610-3221 |
| cr | | Nancy Billig, c/o Nanc Lashua, 1424 Washington St, Schnecksville, PA 18078 |
| cr | + | Northwestern Lehigh School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jan 04 2024 00:17:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 04 2024 00:17:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2024    Signature:    /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 03, 2024 | Form ID: pdf900 | Total Noticed: 10 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor United States of America Acting through USDA, Farm Service Agency, a successor agency to the Farmers Home Administration, United States Department of Agriculture bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHARLES LAPUTKA | on behalf of Creditor Nancy Billig claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com |
| CHARLES N. SHURR, JR. | on behalf of Creditor Fulton Bank N.A. cshurr@kozloffstoudt.com, dgabala@kozloffstoudt.com;lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com |
| DAVID S. GELLERT | on behalf of Debtor Timothy L. Billig dsgrdg@ptdprolog.net |
| EDEN R. BUCHER | on behalf of Creditor F.M. Brown & Sons Inc. ebucher@barley.com, cbrelje@barley.com;jrachor@barley.com |
| GARY F SEITZ | on behalf of Mediator Gary F. Seitz (Mediator) gseitz@gsbblaw.com |
| Gary F. Seitz (Mediator) | gseitz@gsbblaw.com |
| George Meany Lutz | on behalf of Joint Debtor Teresa M. Billig glutz@hvmllaw.com HartmanValerianoMagovernLutzPC@jubileebk.net |
| JAMES RANDOLPH WOOD | on behalf of Creditor Northwestern Lehigh School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| SCOTT F. WATERMAN (Chapter 12) | on behalf of Trustee SCOTT F. WATERMAN [Chapter 12] swaterman@readingch13.com |
| SCOTT F. WATERMAN (Chapter 13) | on behalf of Trustee SCOTT F. WATERMAN [Chapter 12] ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN [Chapter 12] | swaterman@readingch13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 13

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Timothy L. and Teresa M. Billig, | : | Chapter 12 |
| | : | |
| | : | Case No. 20-12771 (PMM) |
| | : | |
| Debtors. | : | |

---

## ORDER ACCOMPANYING OPINION

**AND NOW**, upon consideration of the Debtors' Objection (doc. #76, the "Objection") to Proof of Claim Number 6 (the "Proof of Claim") filed by Nancy Billig;

AND a hearing with regard to the Objection having been held and concluded on October 3, 2023;

AND for the reasons stated in the accompanying Memorandum Opinion:

It is hereby **ORDERED** that:

1) the Objection is **overruled in part and sustained in part**; and

2) The Proof of Claim is allowed in the amount of **$8,764.87**.

Date: January 3, 2024

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE