FILED
MAR - 4 2024
TIMOTHY McGRATH, CLERK
SYC.    DEP. CLERK

Billig 70-12771 PMM

To whom it may concern:

Please accept this letter as my objection to the motion for public auction. I am the owner of the following equipment located at 7861 Springhouse Road, New Tripoli PA. You cannot sell property owned by me in a bankruptcy I am not involved in.

"Equipment"

JD. GP
JD. 60 w/ loader
JD. 620 w/3pt
JD. 630 w/3pt
JD. 720 w/3pt
JD. 820
JD. 420 w/3pt
JD. 520 w/3pt
JD. A w/3pt
JD. AO w/3pt
JP. D
JD, Two bottom plow
JD. 3 bottom plow
Two 4 row cult.
Fisher ~~plow~~ ANVil
Snow plow yellow
Hemi motor
2 460 motor
Home made log splitter

Airco welder - gen.

Daniel A.C. Billig