# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Timothy L. and Teresa M. Billig, | : | Chapter 12 |
| | : | |
| | : | Case No. 20-12771 (PMM) |
| | : | |
| Debtors. | : | |

## ORDER OVERRULING OBJECTION

**AND NOW** upon consideration of Daniel Billig's *pro se* Objection to Motion to Sell Property (doc. # 179, the "Objection");

AND the Objection seeking to prevent auction or sale of the Debtors' property for reasons stated in the Objection;

BUT the Trustee's Motion to Sell having been granted on June 20, 2023.  See doc. #'s 155, 156;

AND Debtor Teresa Billig's Motion to Sell/ Motion to Authorize Auction having been withdrawn on July 18, 2023, see doc. #160;

AND because there is no pending or proposed sale or auction of estate property, it is hereby **ordered** that the Objection is **overruled** as moot.

**Date:  3/6/24**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE