United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                    Case No. 20-12771-pmm

Timothy L. Billig                                                         Chapter 12

Teresa M. Billig

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 18, 2024 | Form ID: 234 | Total Noticed: 2 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Timothy L. Billig, 7861 Springhouse Rd, New Tripoli, PA 18066-4511 |
| jdb | Teresa M. Billig, 683 Wilsontown Rd., Laurens, SC 29360-6600 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2024                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Creditor Nancy Billig claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| CHARLES N. SHURR, JR. | on behalf of Creditor Fulton Bank  N.A. cshurr@kozloffstoudt.com, dgabala@kozloffstoudt.com;lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com |
| DAVID S. GELLERT | on behalf of Debtor Timothy L. Billig dsgrdg@ptdprolog.net |
| DENISE ELIZABETH CARLON | on behalf of Creditor United States of America  Acting through USDA, Farm Service Agency, a successor agency to the Farmers Home Administration, United States Department of Agriculture bkgroup@kmllawgroup.com |
| EDEN R. BUCHER | on behalf of Creditor F.M. Brown & Sons  Inc. ebucher@barley.com, cbrelje@barley.com;jrachor@barley.com |
| GARY F SEITZ | on behalf of Mediator Gary F. Seitz (Mediator) gseitz@gsbblaw.com |

District/off: 0313-4                             User: admin                                    Page 2 of 2
Date Rcvd: Apr 18, 2024                         Form ID: 234                                    Total Noticed: 2

Gary F. Seitz (Mediator)
                        gseitz@gsbblaw.com

George Meany Lutz
                        on behalf of Joint Debtor Teresa M. Billig glutz@hvmllaw.com  HartmanValerianoMagovernLutzPC@jubileebk.net

JAMES RANDOLPH WOOD
                        on behalf of Creditor Northwestern Lehigh School District jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

SCOTT F. WATERMAN (Chapter 12)
                        on behalf of Trustee SCOTT F. WATERMAN [Chapter 12] swaterman@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
                        on behalf of Trustee SCOTT F. WATERMAN [Chapter 12] ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 12]
                        swaterman@readingch13.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 13

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Timothy L. Billig and Teresa M. Billig

    Debtor(s)    Case No:20−12771−pmm

    Chapter: 13

### NOTICE OF TERMINATION OF WAGE ORDER

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

For The Court

Timothy McGrath,
Clerk of Court

Date: 4/18/24