*Form 242* (3/23)–doc 187 – 186

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Timothy L. Billig ) | Case No. 20–12771–pmm |
| ) | |
| ) | |
|    Teresa M. Billig ) | Chapter: 12 |
| ) | |
|    Debtor(s). ) | |

## NOTICE OF INACCURATE FILING

Re: Doc.# [186] Domestic Support Obligation Certification

The above pleading was filed in this office. Please be advised that the document(s) filed contains a deficiency as set forth below:

- ☐ Debtor's name does not match case number listed
- ☐ Debtor's name and/or case number (is) are missing
- ☐ Wrong PDF document attached
- ☐ PDF document not legible
- ☐ Electronic Signature missing
- ☐ Landlord information missing and/or proof of service not filed
- ☑ Other: Wrong document attached–This is a Chapter 12 not 13 therefore a different form should be filed.

In order for this matter to proceed, please submit the above noted correction on or before May 9, 2024, otherwise, the matter will be referred to the Court.

Date: April 25, 2024                                                                                         For The Court

                                                                                                                                    Timothy B. McGrath
                                                                                                                                    Clerk of Court