United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 20-12771-pmm
Timothy L. Billig  Chapter 12
Teresa M. Billig
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3
Date Rcvd: Apr 25, 2024     Form ID: 138OBJ     Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Timothy L. Billig, 7861 Springhouse Rd, New Tripoli, PA 18066-4511 |
| jdb | | Teresa M. Billig, 683 Wilsontown Rd., Laurens, SC 29360-6600 |
| 14516912 | + | Bellco Federal Credit Union, c/o Charles N. Shurr, Jr., Esquire, 2640 Westview Drive, Wyomissing, PA 19610-1186 |
| 14519683 | + | F.M. Brown & Sons, Inc., c/o Eden R. Bucher, Esquire, 2755 Century Boulevard, Wyomissing, PA 19610-3346 |
| 14519314 | + | F.M. Brown & Sons, Inc., c/o Eden R. Bucher, Esquire, Leisawitz Heller Abramowitch Phillips, P, 2755 Century Boulevard, Wyomissing, PA 19610-3346 |
| 14514249 | | F.M. Brown's Sons, Inc., PO Box 67, Birdsboro, PA 19508-0067 |
| 14514250 | + | Farm Service Agency, 1238 County Welfare Rd, Leesport, PA 19533-9710 |
| 14514856 | + | Fulton Bank, N.A, c/o Charles N. Shurr, Jr., Esq., 2640 Westview Drive, Wyomissing, PA 19610-1186 |
| 14533564 | + | Fulton Bank, N.A. - Attn: Amy M. Custer, VP, One Penn Square, P.O. Box 4887, Lancaster, PA 17602-2853 |
| 14597876 | + | Fulton Bank, NA, c/o David Fein, Esq., 1515 Market St., Ste 1410, Philadelphia PA 19102-1913 |
| 14514252 | | Kozloff Stoudt, 2640 Westview Dr, Wyomissing, PA 19610-1186 |
| 14809055 | + | Law Office of Kevin Kercher, PC, 881 Third St., Ste. C-2, Whitehall, PA 18052-5930 |
| 14514253 | | Nancy Billig, c/o Nanc Lashua, 1424 Washington St, Schnecksville, PA 18078 |
| 14534806 | | Nancy L. Billig, c/o Nanc Lashua, 1424 Washington St, Schnecksville, PA 18078 |
| 14611773 | + | Nancy L. Billig, c/o Nanc Lashua, 4124 Washington St, Schnecksville, PA 18078-2115 |
| 14527357 | + | Northwestern Lehigh School District, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14527358 | + | Northwestern Lehigh School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14514254 | ++ | PEOPLE FIRST FEDERAL CREDIT UNION, 2141 DOWNYFLAKE LN, ALLENTOWN PA 18103-4799 address filed with court:, People First FCU, 2141 Downyflake Lane, Allentown, PA 18103-4774 |
| 14514255 | + | Portnoff Law Associates, PO Box 391, Norristown, PA 19404-0391 |
| 14732477 | + | Teresa M Billig, C/O George M. Lutz, Esquire, Hartman, Valeriano, Magovern & Lutz, PC, 1025 Berkshire Boulevard, Suite 700, P.O. Box 5828 Wyomissing, PA 19610-5828 |
| 14534466 | + | United States of America, acting, through USDA/Farm Service Agency, Berks Farm Service Agency, 1238 County Welfare Rd, Suite 240 Leesport, PA 19533-9710 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 26 2024 00:28:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 26 2024 00:29:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14751535 | + | Email/Text: dsgrdg@ptdprolog.net | Apr 26 2024 00:28:00 | David S. Gellert, Esquire, David S. Gellert, P.C., 3506 Perkiomen Avenue, Reading, PA 19606-2711 |
| 14514251 | | Email/Text: bankruptcy@fultonbank.com | Apr 26 2024 00:29:00 | Fulton Bank, PO Box 69, East Petersburg, PA 17520-0069 |
| 14517923 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 26 2024 00:37:43 | MERRICK BANK, Resurgent Capital Services, |

Case 20-12771-pmm    Doc 190    Filed 04/27/24    Entered 04/28/24 00:33:15    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 25, 2024 | Form ID: 138OBJ | Total Noticed: 28 |

| Recip ID | Bypass | Name and Address |
|---|---|---|
| 14529461 | + Email/Text: sbse.cio.bnc.mail@irs.gov  Apr 26 2024 00:28:00 | PO Box 10368, Greenville, SC 29603-0368  United States of America,, Acting through USDA,, Farm Service Agency,, c/o Rebecca A. Solarz, Esq., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14528993 | ^ MEBN  Apr 25 2024 23:53:08 | United States of America, Acting through USDA, Far, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 7

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14578672 | * | Nancy L. Billig, c/o Nanc Lashua, 1424 Washington St, Schnecksville, PA 18078 |
| 14527653 | *+ | Northwestern Lehigh School District, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Creditor Nancy Billig claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| CHARLES N. SHURR, JR. | on behalf of Creditor Fulton Bank N.A. cshurr@kozloffstoudt.com, dgabala@kozloffstoudt.com;lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com |
| DAVID S. GELLERT | on behalf of Debtor Timothy L. Billig dsgrdg@ptdprolog.net |
| DENISE ELIZABETH CARLON | on behalf of Creditor United States of America Acting through USDA, Farm Service Agency, a successor agency to the Farmers Home Administration, United States Department of Agriculture bkgroup@kmllawgroup.com |
| EDEN R. BUCHER | on behalf of Creditor F.M. Brown & Sons Inc. ebucher@barley.com, cbrelje@barley.com;jrachor@barley.com |
| GARY F SEITZ | on behalf of Mediator Gary F. Seitz (Mediator) gseitz@gsbblaw.com |
| Gary F. Seitz (Mediator) | gseitz@gsbblaw.com |
| George Meany Lutz | on behalf of Joint Debtor Teresa M. Billig glutz@hvmllaw.com HartmanValerianoMagovernLutzPC@jubileebk.net |

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Apr 25, 2024 | Form ID: 138OBJ | Total Noticed: 28

JAMES RANDOLPH WOOD
                on behalf of Creditor Northwestern Lehigh School District jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

SCOTT F. WATERMAN (Chapter 12)
                on behalf of Trustee SCOTT F. WATERMAN [Chapter 12] swaterman@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
                on behalf of Trustee SCOTT F. WATERMAN [Chapter 12] ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 12]
                swaterman@readingch13.com

United States Trustee
                USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Timothy L. Billig and Teresa M. Billig
        Debtor(s)                                     Case No: 20−12771−pmm

                                                       Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                  United States Bankruptcy Court
            Office of the Clerk, Gateway Building
                201 Penn Street, 1st Floor
                    Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/25/24

                                                                                             189 − 183
                                                                                       Form 138OBJ