**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:**  **TERESA M. BILLIG,**  **Debtor** | **Chapter 12 Bankruptcy**  **Bankruptcy No. 20-12771 PMM** |

**CHAPTER 12 DEBTOR'S CERTIFICATIONS REGARDING
DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(Q)**

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

 Pursuant to 11 U.S.C. Section 1328(a), I certify that:

 √ I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

 ❏ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

 My current address:


 My current employer's address:

*Part III. Certification Regarding Section 522(q) (check no more than one)*

 Pursuant to 11 U.S.C. Section 1328(h), I certify that:

 √ I have not claimed an exemption pursuant to §522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in §522(p)(1), and (2) that exceeds $170,350* in value in the aggregate.

❏ I have claimed an exemption in property pursuant to §522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in §522(p)(1), and (2) that exceeds $170,350* in value in the aggregate.

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on:      *[signature: Teresa Billig]*
                  Teresa M. Billig

04-25-2024